| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Nick Casper, Esq., 244637<br>CASPER, MEADOWS, SCHWARTZ & COOK<br>2121 N. California Blvd<br>Walnut Creek, CA 94596 | (925) 947-1147 | |
| | Ref. No. or File No.<br>9574 | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
501 I Street Suite 4-200
Sacramento, CA 95814-0000

PLAINTIFF:
Erika Gregory, et al.

DEFENDANT:
City of Vallejo, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:13-cv-00320-KJM-KJN |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Case, Complaint for damages, Order Setting Status Conference (Pretrial Scheduling), Standing Order, Notice of Availability of Magistrate Judge, Notice Re VDR

2. Party Served:   City of Vallejo

3. Person Served:   Allison Villarante, City Clerk - Person authorized to accept service of process

   a. Left with:   Tarrienne Grover, Exec. Secretary to City Clerk- Person in Charge of Office

4. Date & Time of Delivery:   3/13/2013   9:33 AM

5. Address, City and State:   555 Santa Clara Street
   Vallejo, CA 94590

6. Manner of Service:   By leaving the copies with or in the presence of Tarrienne Grover, Exec. Secretary to City Clerk, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

Fee for Service: $107.60

Registered California process server.
County: SOLANO
Registration No.: 321-12

Michelle Sturdee One Legal - 194-Marin 504
Redwood Blvd #223 Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/14/2013 at Oakland, California.

Signature: _M. Sturdee_

Michelle Sturdee
OL# 7305814

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Nick Casper, Esq., 244637<br>CASPER, MEADOWS, SCHWARTZ & COOK<br>2121 N. California Blvd | (925) 947-1147 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>9574 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
501 I Street Suite 4-200
Sacramento, CA  95814-0000

PLAINTIFF:
Erika Gregory, et al.

DEFENDANT:
City of Vallejo, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:13-cv-00320-KJM-KJN |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 3/14/2013, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons in a Civil Case, Complaint for damages, Order Setting Status Conference (Pretrial Scheduling), Standing Order, Notice of Availability of Magistrate Judge, Notice Re VDR

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

City of Vallejo
Allison Villarante, City Clerk
555 Santa Clara Street
Vallejo, CA  94590

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $107.60

Kathleen Ubongen Bautista
Michelle Sturdee
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/14/2013 at Oakland, California.

_____
Kathleen Ubongen Bautista

OL# 7305814