**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, JOSEPH KREINS, CHASE CALHOUN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>             Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD CHIEF JOSEPH KREINS, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>             Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF ALL DEFENDANTS** |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective undersigned counsel, that Plaintiffs will file an Amended Complaint in this action and Defendants CITY OF VALLEJO, ROBERT NICHELINI, JOSEPH KREINS and CHASE CALHOUN shall have two weeks to file a responsive pleading from the date of service.  No prior such extensions of time have been requested or granted in this action.

Case No. 2:13-CV-00320-KJM-KJN                                                         STIPULATION FOR
                                                                                                             EXTENSION OF TIME
-1-

1   **IT IS SO STIPULATED.**

3   DATED:  April 3, 2013                Respectfully submitted,

5                                        */s/ Furah Z. Faruqui*
    FURAH Z. FARUQUI
    Deputy City Attorney
    Attorney for Defendants,
    CITY OF VALLEJO, ROBERT NICHELINI,
    JOSEPH KREINS, CHASE CALHOUN

10  DATED:  April 3, 2013                Respectfully submitted,

13                                       */s/ Nick Casper*
    NICK CASPER
    Attorney for Plaintiffs,
    ERIKA GREGORY and LOREN MOLLNER