Nick Casper (State Bar No. 244637)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and
LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER, <br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>Defendants. | CASE NO.: 2:13-CV-00320-KJM-KJN <br><br>**PLAINTIFFS' EXPERT WITNESS DISCLOSURE [F.R.C.P. 26(a)(2)]** |

Pursuant to Fed. R. Civ. Proc. 26(a)(2), Plaintiffs ERIKA GREGORY and LOREN MOLLNER, hereby designate the following individuals as non-retained experts who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

(a) Dr. Valerie Christiansen, DVM
Bayside Veterinary Hospital
235 Tennessee St.
Vallejo, CA 94590
(707) 553-8363
Dr. Christiansen was Plaintiffs' veterinarian and will testify to her prior treatment of Belle, and her examination of Belle on May 16, 2012 after the shooting. Dr. Christiansen will testify that Belle was not an aggressive dog based on her expertise in handling dogs as a veterinarian. She will also testify that Belle

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory and Mollner v. City of Vallejo, et al.*
PLAINTIFFS' EXPERT WITNESS DISCLOSURE (F.R.C.P. 26(a)(2))                                        Page 1

suffered 2 gunshot wounds to her lateral cervical region and her nasal cavity.

(b) David Reinstein, LCSW
Kaiser Permanente Vallejo Department of Psychiatry
1761 Broadway St., Suite 100
Vallejo, CA 94589
(707) 645-2700
Mr. Reinstein treated Jack Mollner after the shooting, and will testify to his emotional distress after the May 16, 2012 shooting. Mr. Reinstein will testify that Jack suffered severe anxiety, fear and nervousness in the wake of the May 16, 2012 shooting.

(c) Dr. Mary Spence, PhD
Kaiser Permanente Vallejo Department of Psychiatry
1761 Broadway St., Suite 100
Vallejo, CA 94589
(707) 645-2700
Dr. Spence treated Plaintiffs after the shooting, and will testify to their emotional distress after the May 16, 2012 shooting. Dr. Spence will testify that Plaintiffs suffered fear, anger, anxiety, and PTSD-type symptoms after the May 16, 2012 shooting.

(d) Dr. Christine Hom, PhD
Kaiser Permanente Medical Group
820 Las Gallinas Ave.
San Rafael, CA 94903
(415) 444-3522
Dr. Hom treated Plaintiff Erika Gregory after the shooting, and will testify to her emotional distress after the May 16, 2012 shooting. Dr. Hom will testify that Erika suffered severe grief and PTSD-type symptoms after the shooting.

(e) Dr. Lindsay Kittredge, PhD
Kaiser Permanente Medical Group
820 Las Gallinas Ave.
San Rafael, CA 94903
(415) 444-3522
Dr. Kittredge treated Plaintiff Erika Gregory after the shooting, and will testify to her emotional distress after the May 16, 2012 shooting. Dr. Kittredge will testify that Erika suffered severe grief and PTSD-type symptoms after the shooting.

Plaintiffs reserve their right to disclose rebuttal experts under Fed. R. Civ. Proc. 26(a)(2)(D)(ii).

Dated: April 17, 2014

Nick Casper
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiffs
ERIKA GREGORY and
LOREN MOLLNER

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory and Mollner v. City of Vallejo, et al.*
PLAINTIFFS' EXPERT WITNESS DISCLOSURE (F.R.C.P. 26(a)(2))                                   Page 2