**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, JOSEPH KREINS, CHASE CALHOUN

**NICK CASPER**, SBN 244637
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
2121 North California Boulevard, Suite 1020
Walnut Creek, CA 94596
Telephone:     (925) 947-1147
Facsimile:      (925) 947-1131

Attorneys for Plaintiffs, ERIKA GREGORY and LOREN MOLLNER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD CHIEF JOSEPH KREINS, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50, <br><br> Defendants. | Case No.  2:13-CV-00320-KJM-KJN <br><br> **STIPULATION AND [PROPOSED] ORDER** |

1  WHEREAS, the expert discovery cut-off date in this matter is June 2, 2014.

2  WHEREAS, the parties, through their respective counsel, due to multiple scheduling conflicts have met and conferred and have agreed to extend the expert discovery deadline to October 17, 2014 upon court approval.

WHEREAS, no other deadlines set forth in the scheduling order will be changed by this stipulation.

IT IS HEREBY AGREED TO AND STIPULATED, that the parties will conduct the depositions of the parties to this matter according to the above schedule.

DATED: May 2, 2014                     Respectfully submitted,


/s/ *Furah Z. Faruqui*
FURAH Z. FARUQUI
Deputy City Attorney
Attorney for Defendants,
CITY OF VALLEJO, ROBERT NICHELINI,
JOSEPH KREINS and CHASE CALHOUN


DATED: May 6, 2014                     /s/ *Nick Casper*
NICK CASPER
CASPER, MEADOWS, SCHWARTZ & COOK
Attorney for Plaintiffs,
ERIKA GREGORY and LOREN MOLLNER


Based on the above stipulation, the court hereby orders that the expert discovery cut-off shall be extended to October 17, 2014.

IT IS SO ORDERED.


DATED: _____           _____
                                 KIMBERLY J. MUELLER
                                 United States District Judge