UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY, et al., | No. 2:13-cv-0320-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On May 14, 2014, the court conducted an informal telephonic discovery conference upon the request of the parties, at which attorney Nicholas Casper appeared on behalf of plaintiffs, and attorney Furah Faruqui appeared on behalf of defendants. Following discussions with the parties at the conference, IT IS HEREBY ORDERED that:

1. Within 30 days of this order,[1] the City of Vallejo shall produce any portion of officer Chase Calhoun's personnel file that relates to the investigation of, and reasons for, his

---

[1] The court notes that the fact discovery completion deadline set by the district judge is May 19, 2014. (ECF No. 15.) Although the present dispute was resolved before that deadline, defendants' counsel indicated that she needed some additional time to produce the responsive documents due to logistical reasons. Accordingly, the court extends the discovery completion deadline *for the limited purpose of producing the documents covered by this order*. This order does not otherwise modify the general fact discovery completion deadline as defined in the scheduling order. If the parties require an extension of that deadline, they must seek relief from the district judge by virtue of a stipulated proposed order or a properly-noticed motion.

1

1     termination.  In ordering the production of these documents, the court expresses no
2     opinion concerning their ultimate admissibility, but merely finds, for purposes of
3     discovery, that such documents appear reasonably calculated to lead to the discovery
4     of admissible evidence.

5   2. Any responsive documents shall be produced in accordance with the terms and
6     conditions outlined in the stipulated protective order previously entered by the court
7     on November 22, 2013.  (<u>See</u> ECF No. 17.)

8   IT IS SO ORDERED.

9 Dated:  May 14, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2