1  **CLAUDIA M. QUINTANA**
   City Attorney, SBN 178613
2  **BY:  FURAH Z. FARUQUI**
   Deputy City Attorney, SBN 233083
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street, P.O. Box 3068
4  Vallejo, CA  94590
   Tel:    (707) 648-4545
5  Fax:    (707) 648-4687
6

7  Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, JOSEPH KREINS,
   CHASE CALHOUN
8

9

                        **UNITED STATES DISTRICT COURT**
10

11        **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

12

13  ERIKA GREGORY and              Case No.  2:13-CV-00320-KJM-KJN
    LOREN MOLLNER,
14
                    Plaintiffs,
15
    v.                             **STIPULATION FOR EXTENSION OF
16                                 TIME TO EXTEND DISPOSITIVE
                                   MOTION HEARING DEADLINE ON
17  CITY OF VALLEJO; former VPD CHIEF    BEHALF OF ALL PARTIES**
    ROBERT NICHELINI, individually and in
18  his official capacity; VPD CHIEF JOSEPH
    KREINS, individually and in his official
19  capacity; VPD OFFICER CHASE
    CALHOUN, individually; and DOES 1
20  through 50,
21
                    Defendants.
22

23

24       WHEREAS, on May 14, 2014, the parties attended an informal discovery conference

25  with Magistrate Newman over the production of Officer Calhoun's personnel file. WHEREAS,

26  on May 14, 2014, Magistrate Newman ordered that Defendants produce Officer Calhoun's

27  personnel file to Plaintiffs by June 14, 2014.

28  //

---

Case No. 2:13-CV-00320-KJM-KJN                          **STIPULATION FOR
                                                        EXTENSION OF TIME**

WHEREAS, after production, the parties need time to analyze their respective positions in light of the production of Officer Calhoun's personnel file and evaluate whether to file a dispositive motion.

WHEREAS, the deadline for any dispositive motion to be heard is July 25, 2014.

WHEREAS, the parties, through their respective counsel, have met and conferred and have agreed to extend the dispositive motion hearing deadline to August 22, 2014, upon court approval, to allow the parties time to evaluate the necessity of a dispositive motion and accommodate numerous scheduling conflicts.

WHEREAS, no other deadlines, including the trial date, set forth in the scheduling order will be changed by this stipulation.

**IT IS SO STIPULATED.**

DATED:  June 10, 2014                                    Respectfully submitted,


                                                        */s/ Furah Z. Faruqui*
                                                        FURAH Z. FARUQUI
                                                        Deputy City Attorney
                                                        Attorney for Defendants,
                                                        CITY OF VALLEJO, ROBERT NICHELINI,
                                                        JOSEPH KREINS, CHASE CALHOUN



DATED:  June 10, 2014                                    Respectfully submitted,



                                                        */s/ Nick Casper*
                                                        NICK CASPER
                                                        Attorney for Plaintiffs,
                                                        ERIKA GREGORY and LOREN MOLLNER