1  **CLAUDIA M. QUINTANA**
2  City Attorney, SBN 178613
   **BY:  FURAH Z. FARUQUI**
3  Deputy City Attorney, SBN 233083
   **CITY OF VALLEJO**, City Hall
4  555 Santa Clara Street, P.O. Box 3068
5  Vallejo, CA  94590
   Tel:    (707) 648-4545
6  Fax:    (707) 648-4687

7  Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, JOSEPH KREINS,
   CHASE CALHOUN
8

9
                           **UNITED STATES DISTRICT COURT**
10
                   **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
11

12
   ERIKA GREGORY and                              Case No.  2:13-CV-00320-KJM-KJN
13 LOREN MOLLNER,

14                Plaintiffs,

15                                                **AMENDED STIPULATION FOR
   v.                                             EXTENSION OF TIME TO EXTEND
16                                                DISPOSITIVE MOTION HEARING
   CITY OF VALLEJO; former VPD CHIEF              DEADLINE ON BEHALF OF ALL
17 ROBERT NICHELINI, individually and in          PARTIES**
   his official capacity; VPD CHIEF JOSEPH
18 KREINS, individually and in his official
19 capacity; VPD OFFICER CHASE
   CALHOUN, individually; and DOES 1
20 through 50,

21                Defendants.
22

23

24       WHEREAS, on May 14, 2014, the parties attended an informal discovery conference

25 with Magistrate Newman over the production of Officer Calhoun's personnel file. WHEREAS,

26 on May 14, 2014, Magistrate Newman ordered that Defendants produce Officer Calhoun's

27 personnel file to Plaintiffs by June 14, 2014.

28 //

---

Case No. 2:13-CV-00320-KJM-KJN                              AMENDED STIPULATION FOR
                                                            EXTENSION OF TIME
                                      -1-

WHEREAS, after production, the parties need time to analyze their respective positions in light of the production of Officer Calhoun's personnel file and evaluate whether to file a dispositive motion.

WHEREAS, the deadline for any dispositive motion to be heard is July 25, 2014.

WHEREAS, the parties, through their respective counsel, have met and conferred and have agreed to extend the dispositive motion hearing deadline to August 22, 2014, upon court approval, to allow the parties time to evaluate the necessity of a dispositive motion and accommodate numerous scheduling conflicts.

WHEREAS, no other deadlines, including the trial date, set forth in the scheduling order will be changed by this stipulation.

**IT IS SO STIPULATED.**

DATED:  June 10, 2014                               Respectfully submitted,


*/s/ Furah Z. Faruqui*
FURAH Z. FARUQUI
Deputy City Attorney
Attorney for Defendants,
CITY OF VALLEJO, ROBERT NICHELINI,
JOSEPH KREINS, CHASE CALHOUN


DATED:  June 10, 2014                               Respectfully submitted,


*/s/ Nick Casper*
NICK CASPER
Attorney for Plaintiffs,
ERIKA GREGORY and LOREN MOLLNER

//

//

//

---

Case No. 2:13-CV-00320-KJM-KJN                                    AMENDED STIPULATION FOR
                                                                  EXTENSION OF TIME
**-2-**

1  Based on the above stipulation, the court hereby orders that all dispositive motions be heard by August 22, 2014.

IT IS SO ORDERED.

DATED: _____

KIMBERLY J. MUELLER
United States District Judge