1  **CLAUDIA M. QUINTANA**
   City Attorney, SBN 178613
2  **BY:  FURAH Z. FARUQUI**
   Deputy City Attorney, SBN 233083
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street, P.O. Box 3068
4  Vallejo, CA  94590
   Tel:    (707) 648-4545
5  Fax:    (707) 648-4687
6
7  Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, CHASE CALHOUN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA GREGORY and<br>LOREN MOLLNER,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>                    Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**JUDGE:**    Hon. Kimberly J. Mueller<br>**DATE:**     August 22, 2014<br>**TIME:**     10:00 a.m.<br>**CRTRM:**  3, 15th Floor<br><br>**TRIAL DATE:  November 17, 2014** |

    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that on August 22, 2014, at 10:00 a.m., in Courtroom 3, of the United States Courthouse located at 501 I Street, Sacramento, California, Defendants CITY OF VALLEJO, ROBERT NICHELINI and OFFICER CHASE CALHOUN will move this Court for an order granting summary judgment as to Plaintiffs Erika Gregory and Loren Mollner, pursuant to Federal Rule of Civil Procedure 56c, as to the claims stated against them.

/ /

1  This motion is based on this Notice, attached Memorandum of Points and Authorities, Separate Statement of Undisputed Facts, and Declaration of Furah Z. Faruqui in support thereof, the pleadings on file in this action, and such argument and evidence as the Court may entertain at the hearing on this motion.

DATED:  July 25, 2014                    Respectfully submitted,


                                          /s/ Furah Z. Faruqui
                                         FURAH Z. FARUQUI
                                         Deputy City Attorney
                                         Attorney for Defendant,
                                         CITY OF VALLEJO, ROBERT NICHELINI,
                                         CHASE CALHOUN