**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, CHASE CALHOUN

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA GREGORY and<br>LOREN MOLLNER,<br><br>              Plaintiffs,<br><br>    v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>              Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br><br>**DEFENDANTS CITY OF VALLEJO, ROBERT NICHELINI AND CHASE CALHOUN'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br><br>**JUDGE:**    **Hon. Kimberly J. Mueller**<br>**DATE:**     **August 22, 2014**<br>**TIME:**     **10:00 a.m.**<br>**CRTRM:**   **3, 15th Floor**<br><br><br>**TRIAL DATE:  November 17, 2014** |

Defendants City of Vallejo, Robert Nichelini and Chase Calhoun (collectively "City Defendants") submit the following separate statement of undisputed material facts in support of City Defendants' Motion for Summary Judgment.

//

//

DEFENDANTS' SEPARATE STATEMENT OF
UNDISPUTED FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

| | CITY DEFENDANTS' UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| 1. | In 2007, Officer Chase Calhoun was hired as a police cadet (a non-sworn employee) by VPD.<br><br>**Evidence:** Deposition of Chase Calhoun, 12:10-13, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 2. | Officer Chase Calhoun's police cadet duties consisted of working with the traffic division, providing security at Mare Island and other adjunct locations.<br><br>**Evidence:** Deposition of Chase Calhoun, 12:10-13, 12:16-23, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 3. | Officer Chase Calhoun attended the Alameda County Sheriff's Department Police Academy from 2009-2010.<br><br>**Evidence:** Deposition of Chase Calhoun, 13:2-10, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 4. | After completing the academy, Officer Chase Calhoun was employed by the Alameda County Sheriff's Department as a Sheriff's Deputy.<br><br>**Evidence:** Deposition of Chase Calhoun, 14:21-15:1, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |

Case No. Case No.  2:13-CV-00320-KJM-KJN

DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| 5. | During Officer Chase Calhoun's tenure at the Sheriff's Department, he received in-depth training on how to act when encountering a domestic animal, including defensive tactics.<br><br>**Evidence:** Deposition of Chase Calhoun at 22:10-24:10, attached as Exhibit A to the Declaration of Furah Z. Faruqi. | |
| 6. | This training taught Officer Chase Calhoun to identify the differences between an aggressive dog and a non-aggressive dog.<br><br>**Evidence:** Deposition of Chase Calhoun at 22:10-24:10, attached as Exhibit A to the Declaration of Furah Z. Faruqi. | |
| 7. | Officer Chase Calhoun learned that an aggressive dog exhibits one or more of the following attributes: "a straightened tail, as opposed to a wagging tail, raised hair, snarling and growling, and showing its teeth."<br><br>**Evidence:** Deposition of Chase Calhoun at 22:10-24:10, attached as Exhibit A to the Declaration of Furah Z. Faruqi. | |
| 8. | In 2011, Officer Chase Calhoun departed Alameda County and joined VPD.<br><br>**Evidence:** Deposition of Chase Calhoun at 14:21-15:9, attached as Exhibit A to the Declaration of Furah Z. Faruqi. | |

Case No. Case No.  2:13-CV-00320-KJM-KJN

**DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| 9. | Upon arrival, at the Vallejo Police Department, Officer Chase Calhoun began an intensive field training program.<br><br>**Evidence:** Deposition of Chase Calhoun at 16:6-12, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 10. | After Officer Chase Calhoun completed the field training program, he was assigned to Patrol.<br><br>**Evidence:** Deposition of Chase Calhoun at 18:19-25, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 11. | During Officer Chase Calhoun's patrol assignment, he received several commendations.<br><br>**Evidence:** Deposition of Chase Calhoun at 20:16-22, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 12. | On May 16, 2012, Officer Chase Calhoun was on duty starting at 7 a.m.<br><br>**Evidence:** Deposition of Chase Calhoun at 34:1-3, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 13. | That day, Officer Chase Calhoun's attire consisted of a full police uniform, a utility belt, handcuffs, a gun and holster, a Taser, pepper spray, a baton, magazines in a magazine pouch, and radio.<br><br>**Evidence:** Deposition of Chase Calhoun at 57:8-23, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |

| 14. | On May 16, 2012, around 12:08 p.m., Officer Chase Calhoun was dispatched to a call at 47 Kentucky Street to investigate a bank fraud.<br><br>**Evidence:** Deposition of Chase Calhoun at 36:13-14; 39:12-40:4; 48:1-3, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| --- | --- | --- |
| 15. | On the morning of May 16, 2012, Plaintiff Erika Gregory had called VPD dispatch to request that an officer investigate an alleged check fraud.<br><br>**Evidence:** Deposition of Erika Gregory, 28:1-29:24, attached as Exhibit C to the Declaration of Furah Z. Faruqui. | |
| 16. | Officer Chase Calhoun was informed by dispatch that the homeowners wanted to "speak with an officer to provide suspect information."<br><br>**Evidence:** Deposition of Chase Calhoun at 45:1-4, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 17. | Upon arrival to the property, Officer Chase Calhoun parked his patrol car in front of the residence.<br><br>**Evidence:** Deposition of Chase Calhoun at 49:1-13, attached as Exhibit A to the Declaration of Furah Z. Faruqui; Photographs of property produced in discovery by Plaintiffs, attached as Exhibit B to the Declaration of Furah Z. Faruqui. | |

Case No. Case No.  2:13-CV-00320-KJM-KJN                     **DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

-5-

| | | |
|---|---|---|
| 18. | Upon arrival to 47 Kentucky Street, Officer Chase Calhoun walked up to the front of the property.<br><br>**Evidence:**  Deposition of Chase Calhoun at 49:12-13, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 19. | Officer Chase Calhoun noticed that the property was a corner lot and the entire front yard of the home was surrounded by a low white fence with an unlocked gate.<br><br>**Evidence:**  Deposition of Chase Calhoun at 51:5-14, attached as Exhibit A to the Declaration of Furah Z. Faruqui; Deposition of Erika Gregory at 48:5-11, attached as Exhibit C to the Declaration of Furah Z. Faruqui. | |
| 20. | The gate of 47 Kentucky Street had neither a doorbell nor an intercom.<br><br>**Evidence:**  Deposition of Chase Calhoun at 51:15-18, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 21. | In order to notify the residents of one's presence, one has to enter through the gate and approach the front door.<br><br>**Evidence:**  Deposition of Chase Calhoun at 51:15-18, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 22. | Plaintiffs "regularly had friends visit and enter the yard".<br><br>**Evidence:**  First Amended Complaint, ¶18. | |

| 23. | "Delivery and utility employees would periodically enter Plaintiffs' property," including an individual who made weekly deliveries of fresh vegetables onto the front porch.<br><br>**Evidence:** First Amended Complaint, ¶18. | |
|---|---|---|
| 24. | Before entering the gate, Officer Chase Calhoun took safety precautions to ensure that there were no dogs.<br><br>**Evidence:** Deposition of Chase Calhoun at 54:13-17, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 25. | Officer Chase Calhoun peaked his head over the top of the gate.<br><br>**Evidence:** Deposition of Chase Calhoun at 54:13-17, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 26. | Officer Chase Calhoun observed foliage in the front yard, but no activity from either a person or an animal.<br><br>**Evidence:** Deposition of Chase Calhoun at 54:13-17, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 27. | Officer Chase Calhoun shook the gate and "hit the gate" with a flashlight to ensure that he did not startle any dogs as he entered the property.<br><br>**Evidence:** Deposition of Chase Calhoun at 54:18-22, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |

Case No. Case No.  2:13-CV-00320-KJM-KJN

**DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| 28. | Officer Chase Calhoun heard no response after taking the above safety precautions.<br><br>**Evidence:** Deposition of Chase Calhoun at 64:5-7, attached as Exhibit A to the Declaration of Furah Z. Faruqi. | |
| 29. | Thereafter, Officer Chase Calhoun entered the yard and started walking towards the front door.<br><br>**Evidence:** Deposition of Chase Calhoun at 66:12-15, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 30. | As Officer Chase Calhoun was halfway to the front door, he suddenly "heard a sound" and observed "two dogs charging around the left corner of the house at a full sprint."<br><br>**Evidence:** Deposition of Chase Calhoun at 66:16-19, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 31. | Officer Chase Calhoun's attention was directed to the lead dog, Belle, a mixed-breed dog that weighed approximately 70 pounds. It was "barking and snarling", showing its teeth, had "raised hair", and exhibited a "straight tail."<br><br>**Evidence:** Deposition of Chase Calhoun at 70:7-11, attached as Exhibit A to the Declaration of Furah Z. Faruqui; First Amended Complaint, ¶18. | |

Case No. Case No.  2:13-CV-00320-KJM-KJN

**DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| 32. | Based on his experience, Officer Chase Calhoun recognized that the "dogs did not appear to be friendly", and it "appeared that they were running in full sprint because they were going to attack [him]." | |
| | **Evidence:** Deposition of Chase Calhoun at 70:9-14, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 33. | Within that second, Officer Chase Calhoun realized that he was "going to be attacked by two dogs." | |
| | **Evidence:** Deposition of Chase Calhoun at 71:15-16, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 34. | Officer Chase Calhoun backed away five or six feet so that he could get out of the yard, but the dogs continued to charge at him. | |
| | **Evidence:** Deposition of Chase Calhoun at 71:22-72:3, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 35. | Officer Chase Calhoun drew his firearm and fired two rounds just in time to prevent the first dog from attacking him. | |
| | **Evidence:** Deposition of Chase Calhoun at 71:17-18, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |

| 36. | At that time, Officer Chase Calhoun scanned over to the second dog and noticed it had retreated after the gun fire.  **Evidence:**  Deposition of Chase Calhoun at 71:19-20, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
|---|---|---|
| 37. | Subsequently, Officer Chase Calhoun backed out of the yard and closed the gate.  **Evidence:**  Deposition of Chase Calhoun at 71:20-21, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 38. | Officer Chase Calhoun "barely had enough time to get shots out" to prevent an attack on him.  **Evidence:**  Deposition of Chase Calhoun at 73:4-14, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 39. | Officer Chase Calhoun immediately radioed dispatch to report the incident and requested that Animal Control respond to the scene.  **Evidence:**  Deposition of Chase Calhoun at 80:9-11, attached as Exhibit A to the Declaration of Furah Z. Faruqui. | |
| 40. | After hearing the gun fire, Ms. Gregory rushed out of her home.  **Evidence:**  Deposition of Erika Gregory at 57:1-4, attached as Exhibit C to the Declaration of Furah Z. Faruqui. | |

Case No. Case No.  2:13-CV-00320-KJM-KJN          **DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

-10-

| 41. | Officer Chase Calhoun apologized for fatally wounding Belle.<br><br>**Evidence:** Deposition of Erika Gregory at 57:5-20, attached as Exhibit C to the Declaration of Furah Z. Faruqui. | |
| --- | --- | --- |
| 42. | Officer Chase Calhoun is the only eyewitness to the event.<br><br>**Evidence:** Deposition of Erika Gregory at 55:20-56:5, attached as Exhibit C to the Declaration of Furah Z. Faruqui; Deposition of Loren Mollner at 15:18-24, attached as Exhibit D to the Declaration of Furah Z. Faruqui. | |
| 43. | Although Ms. Gregory was at home, she did not witness the shooting.<br><br>**Evidence:** Deposition of Erika Gregory at 55:20-56:5, attached as Exhibit C to the Declaration of Furah Z. Faruqui. | |

DATED:  July 25, 2014                   Respectfully submitted,


                                         */s/ Furah Z. Faruqui*
                                        FURAH Z. FARUQUI
                                        Deputy City Attorney
                                        Attorney for Defendant,
                                        CITY OF VALLEJO, ROBERT NICHELINI,
                                        CHASE CALHOUN

**Case No. Case No.  2:13-CV-00320-KJM-KJN**          **DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

-11-