**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, CHASE CALHOUN

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>              Plaintiffs,<br><br>     v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>              Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**DECLARATION OF FURAH Z. FARUQUI IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**JUDGE:**     Hon. Kimberly J. Mueller<br>**DATE:**      August 22, 2014<br>**TIME:**       10:00 a.m.<br>**CRTRM:**   3, 15th Floor<br><br>**TRIAL DATE:  November 17, 2014** |

I, FURAH Z. FARUQUI, hereby declare:

   1.   I am an attorney duly licensed to practice law before all of the courts of the State of California.  I am attorney of record herein for Defendants.  I have personal knowledge of the matters stated herein, and if called upon would and could competently testify hereto.

//

2.      Attached hereto and incorporated herein by reference as Exhibit "A" is a true and correct copy of excerpts of the deposition transcript of Defendant Chase Calhoun, the relevant portions of which have been underlined for the court's convenience.

3.      Attached hereto and incorporated herein by reference as Exhibit "B" are true and correct copies of photographs produced in discovery by Plaintiffs.

4.      Attached hereto and incorporated herein by reference as Exhibit "C" is a true and correct copy of excerpts of the deposition transcript of Plaintiff Erika Gregory, the relevant portions of which have been underlined for the court's convenience.

5.      Attached hereto and incorporated herein by reference as Exhibit "D" is a true and correct copy of excerpts of the deposition transcript of Plaintiff Loren Mollner, the relevant portions of which have been underlined for the court's convenience.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated on this 25th day of July 2014, in Vallejo, California.

*/s/ Furah Z. Faruqui*
FURAH Z. FARUQUI