Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:   (925) 947-1147
Facsimile:   (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGROY and LOREN MOLLNER,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 Through 50,<br><br>  Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**STIPULATION AND (PROPOSED) ORDER ALLOWING PLAINTIFFS TO FILE REDACTED PAPERS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**JUDGE:**   Hon. Kimberly J. Mueller<br>**DATE:**     August 22, 2014<br>**TIME:**      10:00 a.m.<br>**CRTRM:**  3, 15th Floor<br><br>**TRIAL DATE:  November 17, 2014** |

WHEREAS, Plaintiffs intend to include in their opposition to Defendants' Motion for Summary Judgment the following:

(1) Several exhibits in support of their opposition which are subject to a Protective Order in this case (See, Dkt 17 and Dkt 28);

(2) Portions of the Declaration of Nick Casper in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment to which the above-referenced exhibits will be

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*     Case No. 2:13-CV-00320-KJM-KJN                           1
STIPULATION & (PROPOSED) ORDER ALLOWING PLAINTIFFS TO FILE A REDACTED VERSION OF OPPOSITION PAPERS
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

attached, and are thus subject to the same protective order.

(3) Portions of the Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment which reference these exhibits and their contents, and are thus also subject to the same Protective Order;

(4) Portions of Plaintiff's Separate Statement in Support of Opposition to Defendants' Motion for Summary Judgment which reference these exhibits and their contents, and are thus also subject to the same Protective Order; and

(5) Portions of Plaintiffs Response to Defendants' Separate Statement in Support of Opposition to Defendants' Motion for Summary Judgment which reference these exhibits and their contents, and are thus also subject to the same Protective Order;

The parties hereby agree that a Court Order to Seal documents is necessary. Accordingly, the parties hereby stipulate that Plaintiffs be allowed to file a redacted version of their opposition papers as set forth above, and submit electronically, to both the court and to opposing counsel, an unredacted version, on or before the date Plaintiffs' opposition is due, i.e., August 8, 2014.

IT IS SO STIPULATED.


Dated: August 5, 2014            /s/ - "Nick Casper
                                 Nick Casper
                                 CASPER, MEADOWS, SCHWARTZ & COOK
                                 Attorneys for Plaintiffs ERIKA GREGORY and
                                 LOREN MOLLNER


Dated: August 5, 2014            /s/ - "Furah Z. Faruqui"
                                 Furah Z. Faruqui
                                 Deputy City Attorney
                                 Attorneys for Defendants CITY OF VALLEJO, et al

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN                    2
STIPULATION & (PROPOSED) ORDER ALLOWING PLAINTIFFS TO FILE A REDACTED VERSION OF OPPOSITION PAPERS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**ORDER**

The parties' stipulation allowing Plaintiffs to file redacted items in support of their Opposition to Defendants' Motion for Summary Judgment is GRANTED.  Plaintiffs may file the following redacted items:

(1)  Several exhibits in support of their opposition which are subject to a Protective Order in this case;

(2)  Portions of the Declaration of Nick Casper in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment to which the above-referenced exhibits will be attached;

(3)  Portions of the Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment which reference these exhibits and their contents;

(4)  Portions of Plaintiff's Separate Statement in Support of Opposition to Defendants' Motion for Summary Judgment which reference these exhibits and their contents; and

(5)  Portions of Plaintiffs Response to Defendants' Separate Statement in Support of Opposition to Defendants' Motion for Summary Judgment which reference these exhibits and their contents;

Given the parties' stipulation that a Court Order to Seal documents is necessary, Plaintiffs shall comply with Rule 141 and will file a Notice of Request to Seal Documents together with their redacted opposition papers, seeking a court order to seal these documents. Plaintiffs are to file a redacted version of their opposition papers as set forth above, and submit electronically, to both the court and to opposing counsel, an unredacted version, on or before the date Plaintiffs' opposition is due, i.e., August 8, 2014.

IT IS SO ORDERED.

Dated:_____

HON. KIMBERLY J. MUELLER
Judge, United States District Court
Eastern Northern District of California

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   3
STIPULATION & (PROPOSED) ORDER ALLOWING PLAINTIFFS TO FILE A REDACTED VERSION OF OPPOSITION PAPERS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT