Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:    (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGROY and LOREN MOLLNER,<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 Through 50,<br><br>   Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**NOTICE OF WITHDRAWL OF STIPULATION AND (PROPOSED) ORDER ALLOWING PLAINTIFFS TO FILE REDACTED PAPERS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**TRIAL DATE:  November 17, 2014** |

NOTICE IS HEREBY GIVEN that Plaintiffs herein withdraw their stipulation and proposed order regarding filing redacted papers in support of plaintiffs' opposition to defendants' motion for summary judgment (Dkt 33) filed August 5, 2014.

Respectfully submitted,

Dated: August 6, 2014                    /s/ - "Nick Casper
                                          Nick Casper
                                          CASPER, MEADOWS, SCHWARTZ & COOK
                                          Attorneys for Plaintiffs

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*     Case No. 2:13-CV-00320-KJM-KJN                    1
NOTICE OF WITHDRAWAL OF STIPULATION & PROPOSED ORDER