Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGROY and LOREN MOLLNER,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 Through 50,<br><br>  Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND TO FILE REDACTED DOCUMENTS**<br><br>**TRIAL DATE:  November 17, 2014** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 8, 2014, Plaintiffs ERIKA GREGORY and LOREN MOLLNER will seek, pursuant to Local Rules 141 and 140, an Order to Seal Documents and to File Redacted Documents.

Specifically, Plaintiffs seek to file:

(1)   Two exhibits (Exhibits 15 and 16) to be filed under seal, attached to the Declaration of Nick Casper in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, which are subject to a Protective Order in this case (See, Dkt 17 and Dkt 28);

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   1
NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS
AND TO FILE REDACTED DOCUMENTS

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

  (2) Redacted version of Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment to be filed which reference these exhibits and their contents, with the unredacted version filed under seal;

  (3) Redacted version of Plaintiffs' Separate Statement pf Undisputed Facts In Support of Opposition to Motion for Summary Judgment to be filed which reference these exhibits and their contents, with the unredacted version filed under seal; and

  (4) Redacted version of Plaintiffs' Response to Defendants' Separate Statement of Undisputed Facts in Support of Opposition to Motion For Summary Judgment to be filed which reference these exhibits and their contents, with the unredacted version filed under seal.

  This Request will be based on this Notice, the Memorandum of Points and Authorities, the pleadings on file in this action, and any and all evidence that the Court may consider.

Dated: August 8, 2014      /s/ - "Nick Casper
               Nick Casper
               CASPER, MEADOWS, SCHWARTZ & COOK
               Attorneys for Plaintiffs

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.* Case No. 2:13-CV-00320-KJM-KJN  2
NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS
AND TO FILE REDACTED DOCUMENTS