Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:   (925) 947-1147
Facsimile:   (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGROY and LOREN MOLLNER,<br><br>                   Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 Through 50,<br><br>                   Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**DECLARATION OF NICK CASPER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**JUDGE:**   Hon. Kimberly J. Mueller<br>**DATE:**    August 22, 2014<br>**TIME:**     10:00 a.m.<br>**CRTRM:**  3, 15th Floor<br><br>TRIAL DATE: November 17, 2014 |

I, NICK CASPER, declare as follows:

1.     I am an attorney duly admitted to practice in California and before this Court. I am an associate in the law firm of Casper, Meadows, Schwartz & Cook, in Walnut Creek, California, counsel for plaintiffs Erika Gregory and Loren Mollner in the above-captioned action. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth herein.

2.     Attached hereto as Exhibit 1 are true and correct copies of excerpts from the certified transcript of the deposition of Erika Gregory taken on October 15, 2013.

*Gregory, et al. vs. City of Vallejo, et al.*     Case No. 2:13-CV-00320-KJM-KJN                                           Page 1
DECLARATION OF NICK CASPER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

1       3.      Attached hereto as Exhibit 2 are true and correct copies of excerpts from the
2 certified transcript of the deposition of Loren Mollner taken on October 15, 2013.

3       4.      Attached hereto as Exhibit 3 is a true and correct copy of a photograph of Belle
4 and Flicka [attached as Exhibit 3 to Chase Calhoun's Deposition].

5       5.      Attached hereto as Exhibit 4 are true and correct copies of excerpts from the
6 certified transcript of the deposition of Chase Calhoun taken on January 7, 2014.

7       6.      Attached hereto as Exhibit 5 is a true and correct copy of the CAD Log related
8 to the May 16, 2012 incident [Exhibit 3 to Chase Calhoun's Deposition].

9       7.      Attached hereto as Exhibit 6 is a true and correct copy of a photograph of a
10 portion of Plaintiffs' fence surrounding their property at 47 Kentucky Street [attached as
11 Exhibit 2 to Erika Gregory's Deposition].

12      8.      Attached hereto as Exhibit 7 is a true and correct copy of a photograph of
13 Plaintiffs' gate from inside their property looking out toward Kentucky Street [attached as
14 Exhibit 6 to Erika Gregory's Deposition].

15      9.      Attached hereto as Exhibit 8 is a true and correct copy of a photograph of
16 Plaintiffs' gate from Kentucky Street looking into their property [attached as Exhibit 11 to
17 Erika Gregory's Deposition].

18      10.     Attached hereto as Exhibit 9 is a true and correct copy of a photograph of the
19 cobbled path from Plaintiff's gate leading into their property [attached as Exhibit 12 to Erika
20 Gregory's Deposition].

21      11.     Attached hereto as Exhibit 10 is a true and correct copy of a photograph of
22 Plaintiff's home and porch [attached as Exhibit 9 to Erika Gregory's Deposition].

23      12.     Attached hereto as Exhibit 11 is a true and correct copy of a photograph of the
24 wire fencing attached to Plaintiff's picket fence along Kentucky Street [attached as Exhibit 19
25 to Erika Gregory's Deposition].

26      13.     Attached hereto as Exhibit 12 is a true and correct copy of a photograph of Belle
27 post-shooting [attached as Exhibit 10 to Chase Calhoun's Deposition].

28      14.     Attached hereto as Exhibit 13 is a true and correct copy of a photograph of

**CASPER, MEADOWS,
SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*    Case No. 2:13-CV-00320-KJM-KJN    Page 2
DECLARATION OF NICK CASPER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

Belle's point of rest in the yard [attached as Exhibit 8 to Chase Calhoun's Deposition].

15. Attached hereto as Exhibit 14 is a true and correct copy of a closer-up photograph of Belle's point of rest in the yard [attached as Exhibit 9 to Chase Calhoun's Deposition].

16. Attached hereto as Exhibit 15 is a true and correct copy of Notice of Discipline from former VPD Chief Kreins to Chase Calhoun, dated December 2, 2013, produced pursuant to Judge Kendall Newman's Order for Production to Defendants, dated May 14, 2014 (Dkt 23).

17. Attached hereto as Exhibit 16 is a true and correct copy of VPD Internal Affairs Investiagtion # 2013-03, produced pursuant to Judge Kendall Newman's Order for Production to Defendants, dated May 14, 2014 (Dkt 23).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on August 8, 2014, at Walnut Creek, California.

                                              */s/ - "Nick Casper"*
                                              NICK CASPER

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   Page 3
DECLARATION OF NICK CASPER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT