*Gregory/Mollner vs. City of Vallejo, et al*

*2:13-cv-00320-KJM-KJN*

# EXHIBIT 3

**to Declaration of Nick Casper**

**in Support of Opposition to Defendants'**

**Motion for Summary Judgment**

