*Gregory/Mollner vs. City of Vallejo, et al*

*2:13-cv-00320-KJM-KJN*

# EXHIBIT 5

**to Declaration of Nick Casper**

**in Support of Opposition to Defendants'**

**Motion for Summary Judgment**

CERTIFIED COPY OF ORIGINAL MASTER
VALLEJO POLICE DEPARTMENT
COMMUNICATIONS DIVISION
*H. BATES 2065    9-10-13*
CUSTODIAN OF RECORDS     DATE

VALLEJO POLICE DEPARTMENT                                                        PAGE: 000001
Date: 09/10/13   Time: 14:47                                    Requested By: BATES,ANDREW

                          I N C I D E N T   R E C A L L

                                                                        Close
Incident        Time  Type  Pri Dispo      Address       Bldg Apt  Callers Name    P-unit      Date/   Operator
                                           Location                 Callers Address            Time
                              Beat  Team/Dist  Area  - - - -  Callers Phone

PD120516024520  10:59 FUP   4   6   47 KENTUCKY ST                 ERIKA GREGORY    PD/2P6      12/05/16 PD2053
                                                                   47 KENTUCKY                  14:35
                              603        06      VPD               5105937544

Date      Time                                                                    Operator
--------  -----                                                                   --------
12/05/16 11:00 Incident Initiated By: PD/BOURSAW,STEPHANIE                    69   BOURSAW,STEPHANIE
12/05/16 11:00 RP FILED 1206054 AND HAS SUSPECT INFORMATION PROVIDED TO HER BY THE BANK   69   BOURSAW,STEPHANIE
12/05/16 11:00 RP WOULD LIKE TO SPEAK TO AN OFFICER TO PROVIDE SUSPECT INFORMATION TO  69   BOURSAW,STEPHANIE
12/05/16 11:17 Units Recommended    PD/2P7     PD/T37                              THOMAS,ALESIA
12/05/16 11:36 Units Recommended    PD/2P5     PD/2P7     PD/S2      PD/T37        THOMAS,ALESIA
12/05/16 12:05 LPD120516024520 timed out queue updated                            UNKNOWN
12/05/16 12:08 Units Recommended    PD/2P6     PD/2P5     PD/2P7   PD/2P8  PD/S2   THOMAS,ELISIA
12/05/16 12:08 Stat PD/2P6          DI                    Loc: 47 KENTUCKY ST      THOMAS,ELISIA
12/05/16 12:08 Primary Unit         CHANGED               To: PD/2P6         01    THOMAS,ELISIA
12/05/16 12:11 Stat PD/2P6          UA                    Loc: 47 KENTUCKY ST      CALHOUN,CHASE
12/05/16 12:13 REQ SGT DISPATCHED A DOG                                       01   THOMAS,ELISIA
12/05/16 12:13 Stat PD/S2           DI                    Loc: 47 KENTUCKY ST      THOMAS,ELISIA
12/05/16 12:13 Stat PD/S2           EN                    Loc: 47 KENTUCKY ST      COSGROVE,DIANE
12/05/16 12:16 NO RESP ON AIR SEV TIMES                                       01   THOMAS,ELISIA
12/05/16 12:17 Stat PD/AC           DI                    Loc: 47 KENTUCKY ST      THOMAS,ELISIA
12/05/16 12:17 Stat PD/AC           EN                    Loc: 47 KENTUCKY ST      THOMAS,ELISIA
12/05/16 12:24 Report Num: Fmt-02   LPD120516006170 - ADDED TO EVENT              THOMAS,ELISIA
12/05/16 12:31 Stat PD/S2           UA                    Loc: 47 KENTUCKY ST      COSGROVE,DIANE
12/05/16 12:39 Stat PD/2P5          DI                    Loc: 47 KENTUCKY ST      THOMAS,ELISIA
12/05/16 12:42 Stat PD/2P5          EN                    Loc: 47 KENTUCKY ST      PEDRETTI,MARY
12/05/16 12:46 Stat PD/2P5          UA                    Loc: 47 KENTUCKY ST      PEDRETTI,MARY
12/05/16 13:05 Stat PD/S2           CC                                            THOMAS,ELISIA
12/05/16 13:12 Unit PD/2P6          Status Location Added  Loc: STA               THOMAS,ALESIA
12/05/16 13:12 Stat PD/2P6          SC                    Loc: STA                THOMAS,ALESIA
12/05/16 13:20 Unit PD/2P5          Status Location Added  Loc: WELLS FARGO TENN   THOMAS,ELISIA
12/05/16 14:03 Stat PD/2P6          CC                                            THOMAS,ALESIA
12/05/16 14:03 Disposition          CHANGED               To: 6              08   THOMAS,ALESIA
12/05/16 14:12 Stat PD/2P5          SC                    Loc: WELLS FARGO TENN    THOMAS,ALESIA
12/05/16 14:33 Stat PD/2P5          CC                                            THOMAS,ALESIA
12/05/16 14:33 Dispo Non-Primary    ADDED                 Dsp: 6             08   THOMAS,ALESIA
12/05/16 14:35 Stat PD/AC           CC                                            THOMAS,ALESIA
12/05/16 14:35 Dispo Non-Primary    ADDED                 Dsp: 3             08   THOMAS,ALESIA

==== Vehicle / Subject Information ====
--------  -----
NO VEHICLE OR SUBJECT RECORDS FOR EVENT LPD120516024520.

*Gregory/Mollner vs. City of Vallejo, et al*

*2:13-cv-00320-KJM-KJN*


# EXHIBIT 6


**to Declaration of Nick Casper**

**in Support of Opposition to Defendants'**

**Motion for Summary Judgment**



EXHIBIT Z
WIT: Gregory
DATE: 10-15-13
JOHN SQUIRES

*Gregory/Mollner vs. City of Vallejo, et al*

*2:13-cv-00320-KJM-KJN*

# EXHIBIT 7

to Declaration of Nick Casper

in Support of Opposition to Defendants'

Motion for Summary Judgment



EXHIBIT 6
WIT: GREGORY
DATE: 10-15-13
JOHN SQUIRES

*Gregory/Mollner vs. City of Vallejo, et al*

*2:13-cv-00320-KJM-KJN*

# EXHIBIT 8

**to Declaration of Nick Casper**

**in Support of Opposition to Defendants'**

**Motion for Summary Judgment**



EXHIBIT 11
WIT Gregory
DATE 12-15-13
JOHN SQUIRES

*Gregory/Mollner vs. City of Vallejo, et al*

*2:13-cv-00320-KJM-KJN*

# EXHIBIT 9

**to Declaration of Nick Casper**

**in Support of Opposition to Defendants'**

**Motion for Summary Judgment**



EXHIBIT 12
WIT: GREGORY
DATE: 10-15-13
JOHN SQUIRES

*Gregory/Mollner vs. City of Vallejo, et al*

*2:13-cv-00320-KJM-KJN*

# EXHIBIT 10

**to Declaration of Nick Casper**

**in Support of Opposition to Defendants'**

**Motion for Summary Judgment**



EXHIBIT 9
WIT: Gregory
DATE: 10-15-13
JOHN SQUIRES

*Gregory/Mollner vs. City of Vallejo, et al*

*2:13-cv-00320-KJM-KJN*

# EXHIBIT 11

**to Declaration of Nick Casper**

**in Support of Opposition to Defendants'**

**Motion for Summary Judgment**



EXHIBIT 19
WIT Gregory
DATE 10-15-13
JOHN SQUIRES

*Gregory/Mollner vs. City of Vallejo, et al*

*2:13-cv-00320-KJM-KJN*

# EXHIBIT 12

to Declaration of Nick Casper

in Support of Opposition to Defendants'

Motion for Summary Judgment



*Gregory/Mollner vs. City of Vallejo, et al*

*2:13-cv-00320-KJM-KJN*

# EXHIBIT 13

to Declaration of Nick Casper

in Support of Opposition to Defendants'

Motion for Summary Judgment



*Gregory/Mollner vs. City of Vallejo, et al*

*2:13-cv-00320-KJM-KJN*

# EXHIBIT 14

**to Declaration of Nick Casper**

**in Support of Opposition to Defendants'**

**Motion for Summary Judgment**



Calhoun

EXHIBIT:
1.7.14