Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:     (925) 947-1147
Facsimile:       (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGROY and LOREN MOLLNER, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 Through 50, <br><br>Defendants. | Case No.  2:13-CV-00320-KJM-KJN <br><br>**DECLARATION OF ELIZABETH COUDRIGHT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br>**JUDGE:** Hon. Kimberly J. Mueller <br>**DATE:** August 22, 2014 <br>**TIME:** 10:00 a.m. <br>**CRTRM:** 3, 15th Floor <br><br>**TRIAL DATE:  November 17, 2014** |

I, Elizabeth Coudright, declare:

1.     I am currently a Suisun City resident and am employed by Solano County Child Welfare Services.  From July 15, 2009 until July 15, 2012, I resided at 47 Kentucky Street in Vallejo as a tenant of Erika Gregory and Loren Mollner.  Throughout that three-year period, I resided in the rental unit situated below the home of Mrs. Gregory and Mr. Mollner.  I resided at the property on the date of the incident of May 16, 2012.

2.     When I first spoke with Mr. Mollner about the apartment he had for rent in 2009, he asked if I was comfortable with dogs, since he and his family had two dogs.  I told him that I was, and he invited me over to the house to view the unit.   When I arrived at the

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

property, I saw two dogs, Belle and Flicka, come bounding to the gate, barking and wagging their tails. I entered the property by myself and did not feel threatened by their presence.

3. My apartment was directly below their home and we shared common space behind our completely fenced property for three years. I interacted with Belle every day, and when the family would go out of town I would dog sit for the family.

4. I would have friends come to visit and they were able to enter the property without any issues from Belle or Flicka. Belle was a friendly, playful lovable dog; everyone was able to come onto the property without any sort of fear.

5. We had a bi-monthly delivery of fresh vegetables to the house that would be left on the porch, and there was never a complaint or request to lock up the dogs.

6. Belle was very good with the family's children. Belle was their lifelong pet, as she had been with the Mrs. Gregory and Mr. Mollner prior to the arrival of children. She tolerated the kids as they rolled all over her and tugged at her ears, and even when they would accidently hurt her while roughhousing.

7. Belle and Flicka barked – that is what many dogs do. They also sometimes ran toward visitors to eagerly greet them. The property is on a slope, and when the dogs were at the bottom of the property and they heard the bells on the top gate jingle, they came running and barking from the back bottom of the property to the top front of the property. In general, Belle and Flicka listened to commands and were well behaved and socialized.

8. I had never seen either Belle or Flicka attack, bite, or show any aggression to any of the many visitors to the property in the three years that I lived there.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 5th day of August, 2014, at Suisun City, California.

*Elizabeth Coudright* (signature)
ELIZABETH COUDRIGHT

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   Page 2
DECLARATION OF ELIZABETH COUDRIGHT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT