Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGROY and LOREN MOLLNER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 Through 50,<br><br>Defendants. | Case No. 2:13-CV-00320-KJM-KJN<br><br>**DECLARATION OF ERIKA GREGORY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>JUDGE: Hon. Kimberly J. Mueller<br>DATE: August 22, 2014<br>TIME: 10:00 a.m.<br>CRTRM: 3, 15th Floor<br><br>TRIAL DATE: November 17, 2014 |

I, Erika Gregory, declare:

1. I am a Plaintiff in the above-referenced matter. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth herein.

2. At the time of the incident on May 16, 2012, Belle was a Labrador-Catahoula-mix who weighed approximately 70 pounds, and Flicka was a blind and deaf Border Collie-mix who weighed approximately 40 pounds. Holly was a nine-month-old Labrador puppy.

3. When working in my home office at 47 Kentucky Street, I typically heard people when they entered the property from the gate on Kentucky Street, either by the bell on

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   Page 1
DECLARATION OF ERIKA GREGORY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

bark when someone was arriving on the property to greet them.

4. On May 16, 2012, I never heard any sounds at the gate when Calhoun apparently entered the property. The first thing alerting me to his presence was the sound of gunshots.

Executed this 7th day of August, 2014, at San Francisco, California.

_____
ERIKA GREGORY