Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:    (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGROY and LOREN MOLLNER,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 Through 50,<br><br>    Defendants. | Case No. 2:13-CV-00320-KJM-KJN<br><br>**DECLARATION OF JAN GREGORY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>JUDGE: Hon. Kimberly J. Mueller<br>DATE:  August 22, 2014<br>TIME:  10:00 a.m.<br>CRTRM: 3, 15th Floor<br><br>TRIAL DATE: November 17, 2014 |

I, Jan Gregory, declare:

1. I am the mother of Erika Gregory. I am a 73-year-old resident of San Francisco. I am retired from university teaching after 30 years of service in the classroom, as well as shared governance activity on the Academic Senate California State University and on the California Faculty Association.

2. I have had canine companionship almost continuously since the age of 20, so I have had many opportunities to observe dogs at their best and, occasionally, at their less-than-best.

3. When I first met Belle, soon after she was adopted from the Milo Foundation, she was about 3 or 4 months old. As a puppy, she was curious, sociable and friendly. As she

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL (925) 947-1147
FAX (925) 947-1131

Gregory, et al. vs. City of Vallejo, et al.   Case No. 2:13-CV-00320-KJM-KJN                              Page 1
DECLARATION OF JAN GREGORY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

developed, she was notable for her playfulness, in particular for her fascination with shadows, which she scrutinized carefully and tried unsuccessfully to tame throughout her adult life.

4. Over time, I saw her in a variety of contexts: in her own home – both at large gatherings when she didn't know all the guests and when I was the sole visitor – and in mine. In all of them, she was relaxed and at ease with both people and other dogs, composed and amiable. She was responsive to friendly gestures and had many positive interactions with my own dog.

5. When I visited my daughter's home, she always came to the gate and greeted me enthusiastically, approaching in a friendly fashion. On a couple of occasions when I was there, she barked briefly at a UPS driver, as many dogs would, but subsided quickly. The delivery driver came through the gate easily and confidently to deliver parcels, showing no sign of feeling threatened.

6. On at least two occasions, my daughter, her children, and I met to walk our dogs at the Point Isabel off-lead dog play area. Again, Belle behaved just as one would want a dog to do: she ran, swam, greeted other dogs in traditional dog fashion, and showed no fear of or aggression toward people or dogs at the site.

7. Belle was, in short, a sweet, well-mannered and even-tempered dog who was a significant presence in my grandchildren's early childhood years and who is very much missed.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 5th day of August, 2014, at San Francisco, California.

_____
JAN GREGORY

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL (925) 947-1147
FAX (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   Page 2
DECLARATION OF JAN GREGORY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT