Nick Casper (State Bar No. 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs ERIKA GREGORY and
LOREN MOLLNER


**Claudia M. Quintana**
City Attorney (State Bar No. 178613)
**Furah Faruqui**
Deputy City Attorney (State Bar No. 233083)
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687

Attorneys for Defendants CITY OF VALLEJO, ROBERT NICHELINI,
CHASE CALHOUN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50, <br><br> Defendants. | CASE NO.: 2:13-CV-00320-KJM-KJN <br><br> **EXHIBIT 1 TO JOINT PRETRIAL CONFERENCE STATEMENT: TRIAL WITNESS AND EXHIBIT LISTS** <br><br> JUDGE:   Hon. Kimberly J. Mueller <br> DATE:    October 2, 2014 <br> TIME:    3:30 p.m. <br> CRTRM:  3, 15th Floor <br><br> **TRIAL DATE: November 17, 2014** |

Pursuant to the court's scheduling order dated July 22, 2013, the parties submit the following Exhibit 1 to Joint Pretrial Conference Statement: Trial Witness and Exhibit Lists.

It should be noted, however, that Defendants' motion for summary judgment is under

---

*Gregory, et al. vs. City of Vallejo, et al.*     Case No. 2:13-CV-00320-KJM-KJN                                Page 1
EXHIBIT 1 TO JOINT PRETRIAL CONFERENCE STATEMENT:
TRIAL WITNESS AND EXHIBIT LISTS

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

submission. Thus, at this time, it is unclear what claims for relief remain. The parties request the right to modify this Statement after a ruling is issued.

**(1)    Witnesses**

| | **Plaintiffs' Witnesses** |
|---|---|
| 1. | Erika Gregory c/o Nick Casper<br>Casper, Meadows, Schwartz & Cook<br>2121 N. California Blvd., Ste. 1020<br>Walnut Creek, CA  94596-7333<br><br>Nature of Testimony: Party to the action and percipient witness to the May 16, 2012 incident.  Ms. Gregory will testify to the subject incident, Belle's demeanor, and her damages. |
| 2. | Loren Mollner c/o Nick Casper<br>Casper, Meadows, Schwartz & Cook<br>2121 N. California Blvd., Ste. 1020<br>Walnut Creek, CA 94596-7333<br><br>Nature of Testimony: Party to the action and percipient witness to events after the shooting of May 16, 2012.  Mr. Mollner will testify to the subject incident, Belle's demeanor, and her damages. |
| 3. | Elizabeth Coudright<br>210 Solano Street<br>Suisun City, CA 94585<br><br>Nature of Testimony: Ms. Coudright was Plaintiffs' tenant living in the back unit of the house.  Ms. Coudright cared for Plaintiffs' dogs when Plaintiffs were away, and has knowledge of Plaintiffs' dogs (including of Belle's temperament).  Ms. Coudright also has knowledge of Plaintiffs' damages. |
| 4. | Jan Gregory<br>529 Irving St<br>San Francisco, CA 94122<br><br>Nature of Testimony: Ms. Gregory is Erika Gregory's mother, and has knowledge of Plaintiffs' dogs (including of Belle's temperament).  Ms. Gregory also has knowledge of Plaintiffs' damages. |
| 5. | Alexa Gregory<br>271 Colgate Avenue<br>Kensington, CA 94708<br><br>Nature of Testimony: Ms. Gregory is Plaintiff Erika Gregory's sister, and has knowledge of Plaintiffs' dogs (including of Belle's temperament) and of Plaintiffs' damages. |
| 6. | Fiona Hovenden<br>41 Putnam Street |

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*     Case No. 2:13-CV-00320-KJM-KJN                                             Page 2
EXHIBIT 1 TO JOINT PRETRIAL CONFERENCE STATEMENT:
TRIAL WITNESS AND EXHIBIT LISTS

| | |
|---|---|
| | San Francisco, 94112<br><br>Nature of Testimony: Ms. Hovenden is Plaintiff Erika Gregory's business partner. Ms. Hovenden has knowledge of Plaintiffs' damages. |
| 7. | Aidan Robson, Doggy Detail<br>823 Colusa Avenue<br>Vallejo, CA 94590<br><br>Nature of Testimony: Mr. Robson is Plaintiffs' dog walker, neighbor and family friend who took care of Belle for years when Plaintiffs were away. Mr. Robson has knowledge of Plaintiffs' dogs, including of Belle's temperament. |
| 8. | Dr. Valerie Christiansen, DVM<br>Bayside Veterinary Hospital<br>235 Tennessee St.<br>Vallejo, CA 94590<br>(707) 553-8363<br><br>Dr. Christiansen was Plaintiffs' veterinarian and will testify to her prior treatment of Belle, and her examination of Belle on May 16, 2012 after the shooting. Dr. Christiansen will testify that Belle was not an aggressive dog based on her expertise in handling dogs as a veterinarian. She will also testify that Belle suffered 2 gunshot wounds to her lateral cervical region and her nasal cavity. |
| 9. | Chase Calhoun c/o Furah Faruqui<br>City Attorney's Office, City of Vallejo<br>555 Santa Clara Street<br>Vallejo, CA 94590<br><br>Nature of Testimony: Party to the action. Calhoun will testify to the events on the day of the question. |
| 10. | Sgt. B. Clark c/o Furah Faruqui<br>City Attorney's Office, City of Vallejo<br>555 Santa Clara Street<br>Vallejo, CA 94590<br><br>Sgt. Clark was one of Defendant Calhoun's supervisors during the relevant time period, and can testify to Calhoun's habit of not being available to dispatch during Calhoun's shifts and responding late to calls for service during the time of the subject incident. |
| 11. | Joseph Kreins c/o Furah Faruqui<br>City Attorney's Office, City of Vallejo<br>555 Santa Clara Street<br>Vallejo, CA 94590<br><br>Chief Kreins can testify to Calhoun's termination, and can testify to Calhoun's misconduct that occurred during the relevant time period, including Calhoun's habit of not being available to dispatch during Calhoun's shifts, responding late to calls for service during the time of the subject incident, and issues bearing on Calhoun's |

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   Page 3
EXHIBIT 1 TO JOINT PRETRIAL CONFERENCE STATEMENT:
TRIAL WITNESS AND EXHIBIT LISTS

| | | |
|---|---|---|
| | | credibility, reputation and habit. |
| | 12. | Lt. Sid DeJesus c/o Furah Faruqui<br>City Attorney's Office, City of Vallejo<br>555 Santa Clara Street<br>Vallejo, CA 94590<br><br>Lt. DeJesus conducted the Internal Affairs investigation into Calhoun's misconduct that occurred during the relevant time period, including Calhoun's habit of not being available to dispatch during Calhoun's shifts, responding late to calls for service during the time of the subject incident, and issues bearing on Calhoun's credibility, reputation and habit. |
| | 13. | Jane Roe<br>Address Omitted<br><br>Jane Roe had a relationship with Defendant Calhoun during the relevant time period, ultimately resulting in Calhoun's termination from VPD, and can testify to matters that bear directly on material issues in this case. |
| | 14. | Dr. Mary Spence, PhD<br>Kaiser Permanente Vallejo Department of Psychiatry<br>1761 Broadway St., Suite 100<br>Vallejo, CA 94589<br><br>Dr. Spence treated Erika Gregory after the shooting, and will testify to her emotional distress after the May 16, 2012 shooting. |
| | 15. | Dr. Lindsay Kittredge, PhD<br>Kaiser Permanente Medical Group<br>820 Las Gallinas Ave.<br>San Rafael, CA 94903<br>(415) 444-3522<br><br>Dr. Kittredge treated Erika Gregory after the shooting, and will testify to her emotional distress after the May 16, 2012 shooting. |
| | | |
| | Defendants' Witnesses | |
| | 1. | Chase Calhoun to be contacted through counsel<br>City Attorney's Office, City of Vallejo<br>555 Santa Clara Street<br>Vallejo, CA 94590<br><br>Nature of Testimony: Calhoun will testify to the events on the day of the question. |
| | 2. | Jared Zwickey<br>1047 Harvest Mill Drive<br>Manteca, CA 95336<br><br>Nature of Testimony: Will testify police practices in investigation, warrantless entry, use of deadly force in lieu of use of force, supervision, training and discipline |

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*     Case No. 2:13-CV-00320-KJM-KJN     Page 4
EXHIBIT 1 TO JOINT PRETRIAL CONFERENCE STATEMENT:
TRIAL WITNESS AND EXHIBIT LISTS

| | | |
|---|---|---|
| | | of officers, including any and all Vallejo Police Department policies, rules, and/or regulations, regarding investigation, use of force, training, and tactics, relevant to the Plaintiffs' claims and Defendants' defenses. |
| 3. | Lieutenant Sid DeJesus Vallejo Police Department 111 Amador Street Vallejo, CA 94590 Nature of Testimony: Will testify to Calhouns' termination. | |
| 4. | Captain James O'Connell Vallejo Police Department 111 Amador Street Vallejo, CA 94590 Nature of Testimony: Will testify to Calhouns' termination. | |
| 5. | Chief Joseph Kreins Vallejo Police Department 111 Amador Street Vallejo, CA 94590 Nature of Testimony: Will testify to Calhouns' termination. | |

**(2)   Exhibits**

| Plaintiffs' Exhibits | | | |
|---|---|---|---|
| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
| 1. | | | Photograph of Belle |
| 2. | | | Photograph of Belle and Flicka |
| 3 | | | Photograph of Plaintiffs' daughter with Belle. |
| 4. | | | Photograph of Plaintiffs' children with Belle. |
| 5. | | | Photograph of Plaintiffs' family with Belle and Flicka |
| 6. | | | Photograph of Erika Gregory with Belle. |
| 7. | | | Photograph of a portion of Plaintiffs' fence surrounding their property at 47 Kentucky Street |
| 8. | | | Photograph of a portion of Plaintiffs' fence surrounding their property at 47 Kentucky Street (different angle) |
| 9. | | | Photograph of Plaintiffs' gate |

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   Page 5
EXHIBIT 1 TO JOINT PRETRIAL CONFERENCE STATEMENT:
TRIAL WITNESS AND EXHIBIT LISTS

| | | | |
|---|---|---|---|
| | | | from inside their property looking out toward Kentucky Street |
| 10. | | | Photograph of Plaintiffs' gate from inside their property looking out toward Kentucky Street (different angle) |
| 11. | | | Photograph of Plaintiffs' gate from Kentucky Street looking into their property |
| 12. | | | Photograph of Plaintiffs' gate from Kentucky Street looking into their property (different angle) |
| 13. | | | Photograph of Plaintiffs' gate from Kentucky Street looking into their property (different angle) |
| 14. | | | Photograph of the cobbled path from Plaintiff's gate leading into their property |
| 15. | | | Photograph of the cobbled path from Plaintiff's gate leading into their property (different angle) |
| 16. | | | Photograph of Plaintiff's home and porch |
| 17. | | | Photograph of Plaintiff's home and porch (different angle) |
| 18. | | | Photograph of Plaintiff's home and porch (different angle) |
| 19. | | | Photograph of the wire fencing attached to Plaintiff's picket fence along Kentucky Street |
| 20. | | | Photograph of the wire fencing attached to Plaintiff's picket fence along Kentucky Street (different angle) |
| 21. | | | Photograph of Belle's point of rest in the yard |
| 22. | | | Photograph of Belle's point of rest in the yard (different angle) |
| 23. | | | Photograph of Belle post-shooting |
| 24. | | | Photograph of Belle post-shooting (different angle) |
| 25. | | | Notice of Discipline from former VPD Chief Kreins to Chase |

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   Page 6
EXHIBIT 1 TO JOINT PRETRIAL CONFERENCE STATEMENT:
TRIAL WITNESS AND EXHIBIT LISTS

| | | | |
|---|---|---|---|
| | | | Calhoun, dated December 2, 2013 |
| 26. | | | VPD Internal Affairs Investigation Report # 2013-03 |
| 27. | | | CAD Log related to the May 16, 2012 incident |
| 28. | | | Bayside Veterinary Hospital Report May 16, 2012 |
| 29. | | | X-Ray of Belle May 16, 2012 |

| Defendants' Exhibits | | | |
|---|---|---|---|
| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
| A. | | | Vallejo Police Department Incident Report #1206170 |
| B. | | | Photographs of Plaintiffs' Property |
| C. | | | Demonstrative of Location of Incident. |
| D. | | | Vallejo Police Department Use of Force Policy |

Dated: September 11, 2014        /s/ - "Nick Casper
                                 Nick Casper
                                 **CASPER, MEADOWS, SCHWARTZ & COOK**
                                 Attorneys for Plaintiffs ERIKA GREGORY
                                 and LOREN MOLLNER

Dated: September 11, 2014        /s/ - "Furah Z. Faruqui"
                                 Furah Z. Faruqui
                                 Deputy City Attorney
                                 Attorneys for Defendants CITY OF
                                 VALLEJO, et al.

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   Page 7
EXHIBIT 1 TO JOINT PRETRIAL CONFERENCE STATEMENT:
TRIAL WITNESS AND EXHIBIT LISTS