**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, JOSEPH KREINS, CHASE CALHOUN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD CHIEF JOSEPH KREINS, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**STIPULATION REQUESTING REFERRAL TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE; REQUEST FOR A RANDOMLY ASSIGNED MAGISTRATE JUDGE AND [PROPOSED]ORDER** |

WHEREAS, a trial has been scheduled for January 26, 2015, with an accompanying pre-trial conference on December 11, 2014.

WHEREAS, in the light of the pending trial, the parties request referral to a randomly assigned Magistrate Judge for a settlement conference in December.

/ /

**IT IS SO STIPULATED.**

DATED: November 5, 2014						Respectfully submitted,

						*/s/ Furah Z. Faruqui*
						FURAH Z. FARUQUI
						Deputy City Attorney
						Attorney for Defendants,
						CITY OF VALLEJO, ROBERT NICHELINI,
						JOSEPH KREINS, CHASE CALHOUN

DATED: November 5, 2014						Respectfully submitted,

						*/s/ Nick Casper*
						NICK CASPER
						Attorney for Plaintiffs,
						ERIKA GREGORY and LOREN MOLLNER

    Based on the above stipulation, the court hereby orders referral to a randomly assigned magistrate judge for a settlement conference in December.

    IT IS SO ORDERED.

DATED: _____			_____
						KIMBERLY J. MUELLER
						United States District Judge

Case No. 2:13-CV-00320-KJM-KJN		STIPULATION REQUESTING REFERRAL TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE; REQUEST FOR A RANDOMLY ASSIGNED MAGISTRATE JUDGE AND [PROPOSED] ORDER

-2-