Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 Through 50, <br><br> Defendants. | Case No. 2:13-CV-00320-KJM-KJN <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REOPEN DISCOVERY** <br><br> **JUDGE:** Hon. Kimberly J. Mueller <br> **DATE:** December 5, 2014 <br> **TIME:** 10:00 a.m. <br> **CRTRM:** 3, 15th Floor <br><br> **TRIAL DATE:** January 26, 2015 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 5, 2014 at 10:00 a.m. in Courtroom 3 of the Robert T. Matsui United States Courthouse located at 501 I Street in Sacramento, California, Plaintiffs Erika Gregory and Loren Mollner will move this Court for an Order to Reopen Discovery under Fed. R. Civ. P. 16(b)(4). Specifically, Plaintiffs seek to:

1) Continue Chase Calhoun's deposition

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REOPEN DISCOVERY   1

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

2) Depose an individual designated by City of Vallejo under Fed. R. Civ. P. 30 with knowledge of Vallejo Police Department CAD Logs

3) Obtain expanded dispatch recording that include the initial call for service

This Motion is based on this Notice, the Memorandum in Support of Motion, the Declaration of Nick Casper in Support of Motion, the pleadings on file in this action, and on such arguments and evidence as the Court may entertain at the hearing on this Motion.

Dated: November 6, 2014           /s/ - "Nick Casper"
                                  Nick Casper
                                  **CASPER, MEADOWS, SCHWARTZ & COOK**
                                  Attorneys for ERIKA GREGORY and
                                  LOREN MOLLNER

## ATTORNEY CERTIFICATION

I, NICK CASPER, declare as follows:

1. I am an attorney duly admitted to practice in California and before this Court. I am an associate in the law firm of Casper, Meadows, Schwartz & Cook, in Walnut Creek, California, counsel for Plaintiffs Erika Gregory and Loren Mollner in the above-captioned action. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth herein.

2. As more fully set forth in my Declaration in Support of Motion to Reopen Discovery, Plaintiffs' counsel has exhausted all meet-and-confer efforts prior to bringing the instant Motion.

3. Plaintiffs' counsel has discussed the issue of needing continued testimony from Defendant Chase Calhoun on numerous occasions with defense counsel throughout 2014, including: a discussion on the record during Calhoun's deposition on January 7, 2014; a March 3, 2014 letter to defense counsel Furah Faruqui; emails regarding the need for additional discovery; and numerous telephone conversations.

4. Plaintiffs also required the involvement of Hon. Kendall Newman on May 14, 2014 to order Defendants to produce documents, which were produced on June 16, 2014,

1  giving rise to the need for additional discovery that is now sought here.

2      5.    In my numerous conversations and correspondence with Ms. Faruqui, she has

3  indicated that it is her clients' position that they will not allow for further discovery in light of

4  the fact discovery deadline.  Ms. Faruqui is well aware of Plaintiffs' intention to bring this

5  Motion, and feels that the issue must be decided by the Court.

6      I declare under penalty of perjury under the laws of the State of California and the

7  United States of America that the foregoing is true and correct, and that this declaration was

8  executed on November 6, 2014, at Walnut Creek, California.

                                */s/ - "Nick Casper"*
                               NICK CASPER

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*    Case No. 2:13-CV-00320-KJM-KJN
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REOPEN DISCOVERY    3