Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 Through 50, <br><br> Defendants. | Case No. 2:13-CV-00320-KJM-KJN <br><br> **DECLARATION OF NICK CASPER IN SUPPORT OF MOTION TO REOPEN DISCOVERY** <br><br> JUDGE: Hon. Kimberly J. Mueller <br> DATE: December 5, 2014 <br> TIME: 10:00 a.m. <br> CRTRM: 3, 15th Floor <br><br> **TRIAL DATE: January 26, 2015** |

I, NICK CASPER, declare as follows:

    1.    I am an attorney duly admitted to practice in California and before this Court. I am an associate in the law firm of Casper, Meadows, Schwartz & Cook, in Walnut Creek, California, counsel for plaintiffs Erika Gregory and Loren Mollner in the above-captioned action. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth herein.

    2.    Attached hereto as Exhibit 1 are true and correct copies of excerpts from the

*Gregory, et al. vs. City of Vallejo, et al.*     Case No. 2:13-CV-00320-KJM-KJN
DECLARATION OF NICK CASPER IN SUPPORT OF MOTION TO REOPEN DISCOVERY     1

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

1 certified transcript of the deposition of Chase Calhoun taken on January 7, 2014.

2     3. Attached hereto as Exhibit 2 is a meet-and-confer letter from Nick Casper to
3 Furah Faruqui, dated March 3, 2014.

4     4. I never received a written response from defense counsel to my March 3, 2014
5 letter.

6     5. I had numerous conversations with Ms. Faruqui regarding the need for
7 information relating to Calhoun's departure from VPD, but Ms. Faruqui insisted that Defendant
8 City of Vallejo was not going to produce this information based on the objections stated during
9 Calhoun's deposition, as well as the fact that they were not relevant to any issues in the case.

10     6. In late-April 2014, through an independent investigation, I learned the general
11 reasons why Calhoun departed VPD – that he had been terminated for having sexual relations
12 with a woman while on duty at VPD. I informed Ms. Faruqui that if this information was
13 correct, it would bear on Calhoun's credibility, important in any case, but particularly in a
14 single-officer fatal shooting with no eyewitnesses. Ms. Faruqui disagreed that the
15 circumstances surrounding Calhoun's termination were relevant, and declined to produce him
16 for deposition or produce related documents.

17     7. Attached hereto as Exhibit 3 is a true and correct copy of an email from Nick
18 Casper to Matt Caspar, Hon. Kendall Newman's courtroom deputy, dated May 6, 2014.

19     8. On May 14, 2014, a telephone conference was conducted with Judge Newman
20 in which counsel presented their respective positions on the discovery issues. After holding an
21 'in camera' review of the circumstances of Calhoun's departure with Ms. Faruqui, Judge
22 Newman informed counsel that he would be ordering the production of the relevant documents
23 pertaining to the departure.

24     9. Attached hereto as Exhibit 4 is a true and correct copy of Hon. Kendall
25 Newman's May 14, 2014 Order.

26     10. Attached hereto as Exhibit 5 is a true and correct copy of an email from
27 Rachelle Pasco to Nick Casper with attached documents, dated June 16, 2014.

28     11. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiffs' Notice of

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*     Case No. 2:13-CV-00320-KJM-KJN
DECLARATION OF NICK CASPER IN SUPPORT OF MOTION TO REOPEN DISCOVERY    2

Taking Continued Deposition of Chase Calhoun, served on July 1, 2014.

12. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Furah Faruqui to Nick Casper, dated July 7, 2014.

13. Attached hereto as Exhibit 8 is a true and correct copy of an email from Nick Casper to Furah Faruqui, dated July 8, 2014.

14. I never received a response to my July 8, 2014 email to Ms. Faruqui.

15. On July 22, 2014, I sent another email to Ms. Faruqui renewing his request for available dates for a telephone conference, and Ms. Faruqui responded on July 23, 2014.

16. Attached hereto as Exhibit 9 is a true and correct copy of an email from Nick Casper to Matt Caspar, dated July 23, 2014.

17. Attached hereto as Exhibit 10 is a true and correct copy of an email from Matt Caspar to Nick Casper, dated July 24, 2014.

18. Attached hereto as Exhibit 11 is a true and correct copy of the May 16, 2012 CAD Log.

19. Attached hereto as Exhibit 12 is a true and correct copy of the May 16, 2012 Incident Report.

20. The audio files of the May 16, 2012 dispatch recordings previously produced by City of Vallejo commence at the point that Calhoun reports that he had shot Plaintiffs' dog. Prior to the discovery of a potential delay in Calhoun's response, and its significance in light of Calhoun's consistent course of wrongdoing with VPD, the significance of any dispatch recordings prior to Calhoun's arrival at Plaintiffs' residence was not apparent.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on November 6, 2014, at Walnut Creek, California.

>*/s/ - "Nick Casper"*
> NICK CASPER

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN
DECLARATION OF NICK CASPER IN SUPPORT OF MOTION TO REOPEN DISCOVERY     3