**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, CHASE CALHOUN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>                    Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**DECLARATION OF FURAH Z. FARUQUI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REOPEN DISCOVERY**<br><br>**JUDGE:**   Hon. Kimberly J. Mueller<br>**DATE:**    December 5, 2014<br>**TIME:**    10:00 a.m.<br>**CRTRM:**  3, 15th Floor<br><br>**TRIAL DATE: January 26, 2015** |

        I, FURAH Z. FARUQUI, do hereby declare as follows:

        1.        I am an attorney duly licensed to practice law before all of the courts of the State of California.  I am attorney of record herein for Defendants.  I have personal knowledge of the matters stated herein, and if called upon would and could competently testify hereto.

        2.        The Court issued a Pre-Trial Scheduling Order in this litigation on July 23, 2013.

//

Case No.  2:13-CV-00320-KJM-KJN         DECLARATION OF FURAH Z. FARUQUI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REOPEN DISCOVERY

**-1-**

3. Pursuant to the Scheduling Order, the Court required completion of discovery not later than May 19, 2014.

4. On January 7, 2014, Plaintiffs' counsel deposed Officer Calhoun.

5. At the deposition, I agreed to reopen Officer Calhoun's deposition, depending on the outcome of the meet and confer process with respect to his termination from the Vallejo Police Department.

6. However, I did not agree to reopen Officer Calhoun's deposition after the discovery completion deadline.

7. After being dilatory for almost two months, on March 3, 2014, Plaintiffs' counsel sent a meet and confer letter to me about the disclosure of Officer Calhoun's personnel file and his continued deposition.

8. In late April, Plaintiffs' attorney contacted me to meet and confer further on this issue.

9. Thereafter, the parties engaged in a telephone conference with Judge Newman about the discovery dispute on May 14, 2014.

10. As a result, Judge Newman ordered that the City produce documents relevant to Calhoun's termination within 30 days.

11. The City produced these documents on June 16, 2014.

12. On July 1, 2014, Plaintiffs served a Notice of Taking Continued Deposition of Chase Calhoun for July 29, 2014.

13. On July 7, 2014, I sent a letter to Plaintiffs' counsel stating that the City would not be producing Officer Calhoun for his continued deposition as it was after the discovery completion deadline, May 19, 2014.

14. At that time, I reminded Plaintiffs' counsel that Judge Newman emphasized that his order modified Judge Mueller's discovery order only "for the limited purpose of the producing the documents covered by this order."

15. Plaintiffs' counsel did not take action on this discovery dispute until the instant motion was filed on November 6, 2014.

| Case No.  2:13-CV-00320-KJM-KJN | DECLARATION OF FURAH Z. FARUQUI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REOPEN DISCOVERY |
|---|---|

-2-

1 | I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on the 21st day of November 2014 at Vallejo, California.

/s/ - *Furah Z. Faruqui*
FURAH Z. FARUQUI
Deputy City Attorney

Case No.  2:13-CV-00320-KJM-KJN            DECLARATION OF FURAH Z. FARUQUI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REOPEN DISCOVERY

-3-