Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 Through 50,<br><br>Defendants. | Case No. 2:13-CV-00320-KJM-KJN<br><br>**DECLARATION OF NICK CASPER IN SUPPORT OF REPLY MEMORANDUM**<br><br>JUDGE: Hon. Kimberly J. Mueller<br>DATE: December 8, 2014<br>TIME: 10:00 a.m.<br>CRTRM: 3, 15th Floor<br><br>**TRIAL DATE: January 26, 2015** |

I, NICK CASPER, declare as follows:

1. I am an attorney duly admitted to practice in California and before this Court. I am an associate in the law firm of Casper, Meadows, Schwartz & Cook, in Walnut Creek, California, counsel for plaintiffs Erika Gregory and Loren Mollner in the above-captioned action. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth herein.

2. I had at least one telephone conversation with Ms. Faruqui prior to March 3, 2014 regarding continuing Chase Calhoun's deposition, and it was at this time that Ms. Faruqui

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

indicated that the information relating to Calhoun's termination was irrelevant to the case. Unfortunately, Plaintiffs' counsel cannot find a written confirmation corroborating these efforts.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on December 1, 2014, at Walnut Creek, California.

                                        */s/ - "Nick Casper"*
                                        NICK CASPER

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*     Case No. 2:13-CV-00320-KJM-KJN
DECLARATION OF NICK CASPER IN SUPPORT OF REPLY MEMORANDUM             2