Nick Casper (State Bar No. 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER, | CASE NO.: 2:13-CV-00320-KJM-KJN |
| Plaintiffs, | |
| vs. | **NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |
| CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50, | |
| Defendants. | |

Please be advised that Plaintiffs Erika Gregory and Loren Mollner have submitted a Confidential Settlement Conference Statement to Magistrate Jude Carolyn K. Delany's chambers.

Dated: December 11, 2014

                                                                                                          */s/* - "Nick Casper"
Nick Casper
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiffs ERIKA GREGORY and LOREN MOLLNER

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory and Mollner v. City of Vallejo, et al.*
NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT      Page 1