**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**By:     FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, CHASE CALHOUN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>            Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**DEFENDANTS' MOTION IN LIMINE NO. 2 Re: Excluding Evidence And Testimony Inconsistent With The Court's Prior Rulings**<br><br><br>**Trial Date:    January 26, 2015**<br>**Courtroom:   3, District Judge Mueller** |

     Defendants City of Vallejo, Robert Nichelini and Chase Calhoun move the court for an order precluding Plaintiffs from introducing evidence, testimony and argument inconsistent with the court's prior rulings.

     This motion is made on the grounds that it is anticipated that Plaintiffs will attempt to introduce evidence and argue to the jury that Defendants' entry into Plaintiffs' residence was unconstitutional.

     This Court has conclusively determined these issues of law and the facts essential to those determinations.  (See Docket No. 52.)  This prior order establishes the law of the case

and an order excluding any evidence, statements, questions and argument for the purpose of re-litigating these prior determinations is necessary.

This motion is based on this memorandum of points and authorities and the court's prior determinations in this case.

## I.   PERTINENT PROCEDURAL BACKGROUND

Plaintiffs alleged multiple causes of action including violations of 42 U.S.C. §1983 "warrantless entry onto Plaintiffs' property without exigent circumstances; the failure to take reasonable precautionary measures when entering private property unannounced where dogs and/or children are present." (First Amended Complaint, ¶34.)   Plaintiffs also alleged *Monell* claims in relation to these §1983 violations.  (*Id*., ¶36. )

The court entered an order dismissing with prejudice Plaintiffs' Monell claims and the City of Vallejo and Chief Nichelini as Defendants.  (Docket No. 52.)  This court also considered all evidence submitted in support of a motion by Defendants for summary judgment and issued an order granting the motion, in part, for Defendants.  (Docket No. 52.) In this order, the Court discussed that Plaintiffs had withdrawn their Fourth Amendment claim for unlawful entry.

## II.   ARGUMENT

### A. The Doctrine Of Issue Preclusion Prohibits Plaintiff From Re-Litigating Claims Conclusively Determined By This Court.

"Under the law of the case doctrine, a court is generally precluded from reconsidering an issue previously decided by the same court, or a higher court in the identical case." (*Ingle v. Circuit City* (9th Cir.2005) 408 F.3d 592, 594.)   The order on Defendants' summary judgment motion previously entered by this court has a preclusive effect as to those issues conclusively determined. (Docket No. 52.) Specifically, this order establishes the law of the case on those issues.   In the absence of a pre-trial limiting order, it is anticipated that Plaintiffs will attempt to re-litigate these issues by presenting evidence, statements, and argument pertaining to these previously determined issues.   If allowed, presentation of such evidence would violate the law of the case doctrine applicable to this

court's prior orders and thwart the purpose of this to maintain consistency and avoid reconsideration of matters already decided during the course of this lawsuit. (*Id.*)

### III.   CONCLUSION

Defendants respectfully request this court issue an order excluding any evidence or argument relating to issues of law and fact previously determined and precluding evidence and argument contrary to these prior determinations.

DATED:  December 30, 2015                                  Respectfully submitted,


                                                           */s/- Furah Z. Faruqui*
                                                           FURAH Z. FARUQUI
                                                           Attorney for Defendants, CITY OF VALLEJO,
                                                           ROBERT NICHELINI, CHASE CALHOUN