1

2

3

4

5

6

**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

7

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, CHASE CALHOUN

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

11

12

13

14

ERIKA GREGORY and
LOREN MOLLNER,

Plaintiffs,

v.

15

16

17

18

19

CITY OF VALLEJO; former VPD CHIEF
ROBERT NICHELINI, individually and in
his official capacity; VPD OFFICER CHASE
CALHOUN, individually; and DOES 1
through 50,

Defendants.

Case No.  2:13-CV-00320-KJM-KJN

**DECLARATION OF FURAH Z.
FARUQUI IN SUPPORT OF
MOTIONS IN LIMINE**

**Trial Date:    January 26, 2015**
**Courtroom:   3, District Judge Mueller**

20

21

       I, FURAH Z. FARUQUI, do hereby declare as follows:

22

23

24

       1.      I am an attorney duly licensed to practice law before all federal courts and the
State of California.  I am attorney of record herein for Defendants.  I have personal knowledge of
the matters stated herein, and if called upon would and could competently testify hereto.

25

26

       2.      Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Initial
Disclosures pursuant to Fed. R. Civ. P 26(a) made on July 11, 2013.

27

28

       3.      No supplemental disclosure pursuant to the mandates of Fed.R.Civ.P. 26(e) was
ever made that included identification of documents or witnesses identified as possessing

1   information about prior complaints against any Vallejo Police Department officers including

2   Defendant Officer Calhoun.

3         I declare under penalty of perjury under the law of the State of California that the

4   foregoing is true and correct.

5         Executed on 30th day of December 2014, at Vallejo, California.

6

7

8                         */s/ Furah Z. Faruqui*

9                         FURAH Z. FARUQUI, Declarant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Case No.  2:13-CV-00320-KJM-KJN**                                       **DECLARATION   OF   FURAH Z. FARUQUI IN SUPPORT OF MOTIONS IN LIMINE**