# EXHIBIT A

Nick Casper (State Bar No. 244637)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs ERIKA GREGORY and
LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>Defendants. | CASE NO.: 2:13-CV-00320-KJM-KJN<br><br>**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO F.R.Civ.P. RULE 26(a)** |

Plaintiffs ERIKA GREGORY and LOREN MOLLNER, pursuant to F.R.Civ.P. Rule 26(a)(1), hereby make the following initial disclosures:

(A) **Name and address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses:**

**Individual**

(1) Erika Gregory c/o Nick Casper
Casper, Meadows, Schwartz & Cook
2121 N. California Blvd., Ste. 1020
Walnut Creek, CA 94596-7333
(925) 947-1147
Party/percipient witness to incident

(2) Loren Mollner c/o Nick Casper
Casper, Meadows, Schwartz & Cook

---

PLAINTIFFS' INITIAL DISCLOSURES
*Gregory and Mollner v. City of Vallejo, et al.*

Page 1

1  2121 N. California Blvd., Ste. 1020
   Walnut Creek, CA 94596-7333
2  Party/percipient witness to incident

3

4  (3) Vallejo Police Officer Chase Calhoun c/o
   CLAUDIA M. QUINTANA, City Attorney
   FURAH Z. FARUQUI, Deputy City Attorney
5  CITY OF VALLEJO, City Hall
   555 Santa Clara Street, P.O. Box 3068
6  Vallejo, CA 94590
   (707) 648-4545
7  Party/percipient witness to incident

8  (4) Vallejo Police Department former Police Chief Robert Nichelini c/o
   CLAUDIA M. QUINTANA, City Attorney
9  FURAH Z. FARUQUI, Deputy City Attorney
   CITY OF VALLEJO, City Hall
10 555 Santa Clara Street, P.O. Box 3068
   Vallejo, CA 94590
11 (707) 648-4545
12 Party/percipient witness to incident

13 (5) Elizabeth Coudright
   210 Solano Street
14 Suisun City, CA 94585
   (530) 781-3861
15 Ms. Coudright was Plaintiffs' tenant living in the back unit of the house. Ms. Coudright cared for Plaintiffs' dogs when Plaintiffs were away, and has knowledge of Plaintiffs' dogs (including of Belle's temperament). Ms. Coudright also has knowledge of Plaintiffs' damages.
16
17

18 (6) Alexa Gregory
   271 Colgate Avenue
19 Kensington, CA 94708
   (510) 526-3209
20 Ms. Gregory is Plaintiff Erika Gregory's sister, and was a percipient witness to the incident. Mr. Gregory also has knowledge of Plaintiffs' dogs (including of Belle's temperament) and of Plaintiffs' damages.
21

22 (7) Fiona Hovenden
   41 Putnam Street
23 San Francisco, 94112
   (415) 786-4243
24 Ms. Hovenden is Plaintiff Erika Gregory's business partner. Ms. Hovenden has knowledge of Plaintiffs' damages.
25

26 (8) Jack Mollner c/o Nick Casper
   Casper, Meadows, Schwartz & Cook
27 2121 N. California Blvd., Ste. 1020
   Walnut Creek, CA 94596-7333
28 (925) 947-1147

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

PLAINTIFFS' INITIAL DISCLOSURES
Gregory and Mollner v. City of Vallejo, et al.

Page 2

Jack is Plaintiffs' son. Jack has knowledge of Plaintiffs' dogs and of Plaintiffs' damages.

(9) Lucy Mollner c/o Nick Casper
Casper, Meadows, Schwartz & Cook
2121 N. California Blvd., Ste. 1020
Walnut Creek, CA 94596-7333
(925) 947-1147
Lucy is Plaintiffs' daughter. Lucy has knowledge of Plaintiffs' dogs and of Plaintiffs' damages.

(10)   Lt. Commander Joe McPherson, US Coast Guard
Contact information for Lt. Commander McPherson is currently unavailable; he recently moved to the Coast Guard Command in Washington.
Lt. Commander McPherson is Plaintiff Loren Mollner's supervisor, and has knowledge of Plaintiffs' damages.

(11)  Aidan Robson, Doggy Detail
823 Colusa Avenue
Vallejo, CA 94590
(707) 553-2591
Plaintiff's dog walker, neighbor and family friend who took care of Belle for years when Plaintiffs were away. Mr. Robson has knowledge of Plaintiffs' dogs, including of Belle's temperament.

(12)  Valerie Christiansen, DVM and Barbara Leal, Office Manager
Bayside Veterinary Hospital
235 Tennessee St
Vallejo, CA 94590
(707) 553-8363
Dr. Christiansen and Barbara Leal interacted with and/or treated Belle for the 8 years that she lived with Plaintiffs in Vallejo. Dr. Christiansen did a necropsy and report of Belle.

(13)  David Reinstein, LCSW
Kaiser Permanente Vallejo Department of Psychiatry
1761 Broadway St., Suite 100
Vallejo, CA 94589
(707) 645-2700
Mr. Reinstein treated Jack Mollner after the shooting.

(14)  Mary Spence, PhD
Kaiser Permanente Vallejo Department of Psychiatry
1761 Broadway St., Suite 100
Vallejo, CA 94589
(707) 645-2700
Dr. Spence treated Plaintiff Ericka Gregory after the shooting.

(15)  Unknown Vallejo Police Department Dispatch Officers c/o
CLAUDIA M. QUINTANA, City Attorney
FURAH Z. FARUQUI, Deputy City Attorney
CITY OF VALLEJO, City Hall

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

PLAINTIFFS' INITIAL DISCLOSURES
*Gregory and Mollner v. City of Vallejo, et al.*

Page 3

555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
(707) 648-4545
Percipient witnesses to incident

(16) Unknown Vallejo Police Department Police Officers c/o
CLAUDIA M. QUINTANA, City Attorney
FURAH Z. FARUQUI, Deputy City Attorney
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
(707) 648-4545
Percipient witnesses to incident

(17) Any and all witnesses set forth in Defendants' initial disclosures.

(18) Any and all other relevant witnesses.

**(B) Description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses:**

1) Vallejo Police Department Arrest report dated May 16, 2012 at 1:13 p.m., Case No. 1206170, Report No. 1026170.1

2) Vallejo Police Department Arrest report, Case No. 1206170, Case No. 12-06054.

3) Photographs of Belle prior to May 16, 2012 incident.

4) Photographs of Belle after May 16, 2012 shooting.

5) Photographs of Plaintiffs' property at 47 Kentucky St., Vallejo, CA.

6) Video of scene on Plaintiffs' property on May 17, 2012.

7) Copy of Claim for Damages against City of Vallejo, on behalf of Plaintiffs.

**(C) Computation of damages**

Plaintiffs are seeking money damages for violation of their civil rights in an amount to be determined by the jury, plus and burial expenses, attorney's fees, and punitive damages.

**(D) Insurance Agreements**

Not applicable.

Dated: July 11, 2013

Nick Casper
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiffs ERIKA GREGORY and LOREN MOLLNER

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

PLAINTIFFS' INITIAL DISCLOSURES
Gregory and Mollner v. City of Vallejo, et al.

Page 4

**PROOF OF SERVICE** (C.C.P. §§1013, 2015.5)

**Gregory v. City of Vallejo, et al.**

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 2121 North California Blvd., Suite 1020, Walnut Creek, CA 94596. On the date below, I served the following documents in the manner indicated on the below-named parties and/or counsel of record:

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO F.R.CIV. RULE 26(a)**

☒ **U.S. MAIL**, with First Class postage prepaid and deposited in sealed envelopes at Walnut Creek, California.

☐ **FACSIMILE TRANSMISSION** from (925) 947-1131 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

☐ **Hand-Delivery Via Courier**

☐ **Electronically:** I caused said documents to be transmitted using ECF as specified by General Order No. 45.II.G. to the following parties:

☒ **Other:** Via Electronic Mail

Claudia M. Quintana                                 For Defendants City Of Vallejo, et al.
Furah Z. Faruqui
Deputy City Attorney
City of Vallejo, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Tel: 707.648.4545
Fax: 707.648.4687
furah.faruqui@cityofvallejo.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am readily familiar with this firm's practice for collection and processing of documents for mailing with the U.S. Postal Service.

Dated: July 11, 2013                        _____
                                                          Elizabeth A. Phelan

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131