Nick Casper (State Bar No. 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs ERIKA GREGORY and
LOREN MOLLNER


**Claudia M. Quintana**
City Attorney (State Bar No. 178613)
**Furah Faruqui**
Deputy City Attorney (State Bar No. 233083)
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687

Attorneys for Defendants CITY OF VALLEJO, ROBERT NICHELINI,
CHASE CALHOUN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50, <br><br> Defendants. | CASE NO.: 2:13-CV-00320-KJM-KJN <br><br> **SUPPLEMENT TO PRETRIAL CONFERENCE STATEMENT** <br><br> JUDGE: Hon. Kimberly J. Mueller <br> DATE: January 8, 2015 <br> TIME: 3:00 p.m. <br> CRTRM: 3, 15th Floor <br><br> **TRIAL DATE: January 26, 2015** |

Pursuant to the court's minute order dated January 8, 2015, the parties submit the following Supplement to the Pretrial Conference Statement.

**(1)    Number of Jurors**

It is Plaintiffs' position that, in light of the relatively brief anticipated time for the

---

*Gregory, et al. vs. City of Vallejo, et al.*    Case No. 2:13-CV-00320-KJM-KJN                                      Page 1
SUPPLEMENT TO PRETRIAL CONFERENCE STATEMENT

presentation of evidence, and the time constraints for adjudicating the case, as discussed at the Final Pretrial Conference on January 8, 2015, a jury of 6 people with 1 alternate would be sufficient.

It is Defendants' position that a jury of 12 people is required for this case as a judgment against Defendant Chase Calhoun and/or the City has serious ramifications.

**(2)   Disputed Factual Issues**

1)   Whether Chase Calhoun responded to the initial call for service to Plaintiffs' residence in a timely manner, or was rushing from a non-work-related location and/or activity?

2)   Whether Chase Calhoun took reasonable precautions to ensure there were no dogs on Plaintiffs' property prior to entering the yard?

3)   Whether Belle was rushing toward Chase Calhoun in an aggressive posture indicating that she was going to attack?

**(3)   Disputed Legal Issues[1]**

**1)**   Whether Chase Calhoun's shooting of Belle was objectively unreasonable under the totality of the circumstances, and thus a violation of Plaintiffs' rights under the Fourth Amendment, or was objectively reasonable, and thus a lawful use of force?

2)   Whether Chase Calhoun's actions amounted to the tort of conversion under California law?

3)   Whether Chase Calhoun's conduct was outrageous and was committed with a deliberate disregard of the probability that his actions would cause Plaintiffs emotional distress?

4)   Whether Chase Calhoun deprived Plaintiffs of their civil rights by threats, force, or coercion?

5)   Whether Chase Calhoun acted with malice, fraud, or oppression?

---

[1] While the Court did not expressly order the parties to include disputed legal issues, the parties felt it would be helpful to further distill the legal issues in dispute at this pretrial stage.

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   Page 2
SUPPLEMENT TO PRETRIAL CONFERENCE STATEMENT

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

1  Dated: January 12, 2015                    /s/ - "Nick Casper"
                                              Nick Casper
2                                             **CASPER, MEADOWS, SCHWARTZ & COOK**
                                              Attorneys for Plaintiffs ERIKA GREGORY
3                                             and LOREN MOLLNER
4

5  Dated:  January 12, 2015                   /s/ - "Furah Z. Faruqui"
                                              Furah Z. Faruqui
6                                             Deputy City Attorney
                                              Attorneys for Defendants CITY OF
7                                             VALLEJO, et al.

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*     Case No. 2:13-CV-00320-KJM-KJN     Page 3
SUPPLEMENT TO PRETRIAL CONFERENCE STATEMENT