**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, CHASE CALHOUN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>              Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>              Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**[PROPOSED] DEFENDANTS' VOIR DIRE** |

The Defendants hereby submit their proposed voir dire:

1. State your full name.
2. State your place of birth and birth date.
3. Please state your marital status.
4. Please state your neighborhood or community where you currently live.
5. Please state whether you live in an apartment or a house and whether you own or rent.

6. What is the highest level of education that you have completed?

7. If you have taken any courses or had any training in law, law enforcement or a related subject, please describe such courses or training.

8. Please state the educational background of your spouse/former spouse, including any degrees or certificates earned.

9. Please state the educational background of any other adult who lives in your home, including any degrees or certificates earned.

10. State your present employment status.

11. State your current or most recent occupation.

12. What is the name of your current or most recent employer? Or if a student, your school?

13. What are or were the occupations of your parents?

14. If you have children, please list their ages, gender and whether they live with you. If they are in school or employed, please describe their education and their occupation.

15. What social, civic, professional, trade or other organizations are you affiliated with?

16. Have you, any family member, or any close friend been involved with the police in any capacity?

17. If so, please briefly state the circumstances surrounding that contact.

18. Have you, any family member, or any close friend been involved in any kind of Civil Rights lawsuit?

19. If so, please briefly state the circumstances of the lawsuit.

20. Have you, any family member, or any close friend, ever worked, in any capacity, in a police department?

21. How do you feel about the police in general? Are they doing their job? Should there be more of them? Less of them?

22. Have you, any family member, or any close friend, ever been sued, or ever sued, in any type of lawsuit? Please explain.

23. Is there any information not asked of you that you feel is relevant to the parties in terms of your ability on this jury? Please explain.

24. Have you ever been in any military service? If so, please explain.

25. Is anyone on the jury familiar with any of the persons involved in this case, or any of the parties?

26. Have you, any family member, or any close friend, ever had a problem with Vallejo? If so, please describe.

27. Is there anyone on the jury who does not believe that they could be fair given some past experience? If so, please describe.

28. Is there anyone on the jury who will be unable to follow the court instruction that the Plaintiffs have the burden to prove every element of their case against the Defendants?

29. Is there anyone here who believes that the Plaintiffs, because they are suing the City of Vallejo, should win their case, regardless of what the law and facts show?

30. Is there anyone who believes they will not be able to treat the individual Police Officer Defendant as you would any other person, and may have trouble being fair?

31. Do you own a dog?

32. Have you ever owned a dog?

33. Do you like dogs?

34. Do you believe that watchdogs are naturally more aggressive than other dogs?

35. What is your most important sources of news and information?

36. What is your favorite radio station?

37. What is your favorite news magazine?

38. Would you describe yourself as being conservative, moderate or liberal?

39. How do you feel about the police? Generally positive, negative or neutral?

40. Have you ever been arrested by police? If so, did they mistreat you?

41. Have you been involved in any anti-police protests related to Ferguson?

DATED: January 20, 2015                             Respectfully submitted,


                                                    */s/- Furah Z. Faruqui*
                                                    FURAH Z. FARUQUI
                                                    Attorney for Defendants, CITY OF VALLEJO,
                                                    ROBERT NICHELINI, CHASE CALHOUN