**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, CHASE CALHOUN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>                    Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**DEFENDANTS' PROPOSED JURY INSTRUCTIONS**<br><br><br><br><br><br>**Judge:**      Hon. Kimberly J. Mueller<br>**Crtrm:**      3, 15th Floor<br>**Trial Date:** January 26, 2015 |

# FINAL INSTRUCTION NO.

## Discretionary Immunity

Except as otherwise provided by statute, a public employee is not liable for an injury resulting from his act or omission where the act or omission was the result of the exercise for the discretion vested in him, whether or not such discretion be abused.

**Authority:**     GOV. CODE 820.2

GIVEN: _____

REFUSED: _____

MODIFIED: _____

WITHDRAWN: _____