1  **CLAUDIA M. QUINTANA**
   City Attorney, SBN 178613
2  **BY:  FURAH Z. FARUQUI**
3  Deputy City Attorney, SBN 233083
   **CITY OF VALLEJO**, City Hall
4  555 Santa Clara Street, P.O. Box 3068
   Vallejo, CA  94590
5  Tel:     (707) 648-4545
6  Fax:    (707) 648-4687

7  Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, CHASE CALHOUN

8                          UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
10

11 | ERIKA GREGORY and              | Case No.  2:13-CV-00320-KJM-KJN
   | LOREN MOLLNER,                 |
12 |                                |
13 |              Plaintiffs,       | **DEFENDANTS' EXHIBIT LIST**
14 | v.                             |
15 |                                |
   | CITY OF VALLEJO; former VPD CHIEF |
16 | ROBERT NICHELINI, individually and in |
   | his official capacity; VPD OFFICER CHASE |
17 | CALHOUN, individually; and DOES 1 |
   | through 50,                    |
18 |                                |
   |                                | **Judge:**       Hon. Kimberly J. Mueller
19 |              Defendants.       | **Crtrm:**       3, 15th Floor
   |                                | **Trial Date:**  January 26, 2015
20

21
22
23
24
25
26
27
28

*Erika Gregory, et al.v. City of Vallejo, et al. / Case No. 2:13-CV-00320-KJM-KJN*

Defendants' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| A | Vallejo Police Department Incident Report #1206170 | | | |
| B | Demonstrative of Location of Incident | | | |
| C | Vallejo Police Department Use of Force Policy | | | |
| D | Expert Opinion Report by Jared Zwickey | | | |