Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiffs
ERIKA GREGORY and LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGROY and LOREN MOLLNER,<br><br>     Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 Through 50,<br><br>     Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**PLAINTIFFS' EXHIBIT LIST**<br><br>JUDGE:    Hon. Kimberly J. Mueller<br>CRTRM:   3, 15th Floor<br>TRIAL DATE:  January 26, 2015 |

*Gregory, et al. vs. City of Vallejo, et al.*     Case No. 2:13-CV-00320-KJM-KJN
PLAINTIFFS' EXHIBIT LIST

*Gregory, et al. v. City of Vallejo / CASE NO.: 2:13-CV-00320-KJM-KJN*

Plaintiffs' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Photograph of Belle with Plaintiffs' son | | | |
| 2 | Photograph of Belle and Flicka with family | | | |
| 3 | Photograph of Belle with Plaintiffs' daughter | | | |
| 4 | Photograph of Belle with Plaintiffs' children | | | |
| 5 | Photograph of Erika Gregory with Belle | | | |
| 6 | Photograph of Flicka | | | |
| 7 | Photograph of a portion of Plaintiffs' fence surrounding their property at 47 Kentucky Street | | | |
| 8 | Photograph of a portion of Plaintiffs' fence surrounding their property at 47 Kentucky Street (different angle) | | | |
| 9 | Photograph of a portion of Plaintiffs' fence surrounding their property at 47 Kentucky Street with gate | | | |
| 10 | Photograph of Plaintiffs' gate from Kentucky Street looking into their property | | | |
| 11 | Photograph of Plaintiffs' gate from Kentucky Street looking into their property (date of incident) | | | |
| 12 | Photograph of Plaintiffs' gate from inside their property looking out toward Kentucky Street | | | |
| 13 | Photograph of Plaintiffs' gate from inside their property looking out toward Kentucky Street (different angle) | | | |
| 14 | Photograph of Plaintiffs' gate from inside their property looking out toward Kentucky Street (different angle) | | | |
| 15 | Photograph of cobbled path near Plaintiff's gate from inside their property looking out toward Kentucky Street | | | |
| 16 | Photograph of cobbled path near Plaintiff's gate from inside their property looking out toward Kentucky Street (different angle) | | | |
| 17 | Photograph of front patio with table | | | |

1

*Gregory, et al. v. City of Vallejo / CASE NO.: 2:13-CV-00320-KJM-KJN*

Plaintiffs' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 18 | Photograph of front patio and yard with bench | | | |
| 19 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house | | | |
| 20 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | | | |
| 21 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | | | |
| 22 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | | | |
| 23 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | | | |
| 24 | Photograph of Plaintiffs' house and front porch | | | |
| 25 | Photograph of wire fencing attached to picket fence on Kentucky Street | | | |
| 26 | Photograph of wire fencing attached to picket fence on Kentucky Street (different angle) | | | |
| 27 | Photograph of Belle's body on patio | | | |
| 28 | Photograph of Belle's body on patio (different angle) | | | |
| 29 | Photograph of Belle's body on patio (different angle) | | | |
| 30 | Photograph of Belle's body covered by blanket | | | |
| 31 | Photograph of Belle's body at veterinarian's office | | | |
| 32 | Photograph of Belle's head showing entry wounds | | | |
| 33 | Termination Letter to Chase Calhoun from Chief Joseph Kreins, dated December 2, 2013 | | | |

*Gregory, et al. v. City of Vallejo / CASE NO.: 2:13-CV-00320-KJM-KJN*

Plaintiffs' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 34 | Internal Affairs Investigation Report Re: Chase Calhoun, dated August 20, 2013 | | | |
| 35 | CAD Log related to subject incident | | | |
| 36 | Dr. Valerie Christiansen's notes re: examination of Belle's body | | | |
| 37 | X-rays of Belle by Dr. Valerie Christiansen | | | |