1  Nick Casper (SBN 244637)
   **CASPER, MEADOWS, SCHWARTZ & COOK**
2  A Professional Corporation
3  California Plaza
   2121 North California Blvd., Suite 1020
4  Walnut Creek, California  94596
   Telephone:    (925) 947-1147
5  Facsimile:    (925) 947-1131
6
7  Attorneys for Plaintiffs
   ERIKA GREGORY and LOREN MOLLNER
8
9
10                 UNITED STATES DISTRICT COURT
11                 EASTERN DISTRICT OF CALIFORNIA
12
13

| | |
|---|---|
| 14  ERIKA GREGROY and LOREN MOLLNER, | Case No.  2:13-CV-00320-KJM-KJN |
| 15         Plaintiffs, | |
| 16  vs. | **PLAINTIFFS' OBJECTION TO DEFENDANTS' PROPOSED JURY INSTRUCTION** |
| 17  CITY OF VALLEJO; former VPD Chief ROBERT NICHELINI, individually and in | |
| 18  His official capacity; VPD Officer CHASE CALHOUN, individually; and DOES 1 | |
| 19  Through 50, | **JUDGE:   Hon. Kimberly J. Mueller** |
|    | **CRTRM:   3, 15th Floor** |
| 20         Defendants. | **TRIAL DATE:  January 26, 2015** |

21
22
23
24
25
26
27
28

*Gregory, et al. vs. City of Vallejo, et al.*    Case No. 2:13-CV-00320-KJM-KJN
PLAINTIFFS' OBJECTION TO DEFENDANTS' PROPOSED JURY INSTRUCTION

# FINAL INSRUCTION NO.

## Discretionary Immunity

Except as otherwise provided by statute, a public employee is not liable for an injury resulting from his act or omission where the act or omission was the result of the exercise for the discretion vested in him, whether or not sure discretion be abused.

**OBJECTION:**

The discretionary immunity under Cal. Gov. Code § 820.2 does not apply to unreasonable seizures, or other constitutional violations, by law enforcement.  "The Ninth Circuit has held that state statutory immunity provisions do not apply to federal civil rights actions."  *Williams v. Vidmar* (N.D. Cal. 2005) 367 F. Supp. 2d 1265, 1278, citing *Guillory v. County of Orange* (9th Cir.1984) 731 F.2d 1379, 1382; *Liberal v. Estrada* (9th Cir. 2011) 632 F.3d 1064, 1084 ["As a matter of law, section 820.2 immunity does not apply to an officer's decision to detain or arrest a suspect."]; See also, *Gillan v. City of San Marino* (2007) 147 Cal. App. 4th 1033, 1051 ["Immunity is reserved for those 'basic policy decisions [which have] ... been [expressly] committed to coordinate branches of government,' and as to which judicial interference would thus be 'unseemly.' . . .The decision to arrest Gillan was not a basic policy decision, but only an operational decision by the police purporting to apply the law. The immunity provided by Government Code section 820.2 therefore does not apply."].

Defendants did not assert discretionary immunity in their Motion for Summary Judgment, presumably because it was not a valid affirmative defense.  This instruction is designed to mislead and confuse the jury.

Dated: January 25, 2015        /s/ - "Nick Casper"
Nick Casper
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiffs ERIKA GREGORY and LOREN MOLLNER

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131