```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

ERIKA GREGORY and LOREN             No. 2:13-cv-0320-KJM-KJN
MOLLNER,

      Plaintiffs,

   v.                               **MINUTES**

CITY OF VALLEJO, former VPD         Date: January 26, 2015
CHIEF ROBERT NICHELINI, VPD         Deputy Clerk: C. Schultz
OFFICER CHASE CALHOUN, et al.,      Court Reporter: Kathy Swinhart

      Defendants.
_____/


**Counsel for Plaintiffs:** Nicholas Casper

**Counsel for Defendants:** Furah Faruqui

**JURY TRIAL (Day 1):**

 9:05 a.m.    Attorneys present as identified above.  Plaintiffs, Erika Gregory and Loren Mollner present.  Defendant, Chase Calhoun, present.  Outside the presence of the prospective jurors, the court and counsel discussed housekeeping matters and the parties' motions in limine.  The court ruled from the bench on the motions in limine.

 9:25 a.m.    Prospective jurors present. Prospective jurors sworn and voir dire began.

10:50 a.m.    Prospective jurors admonished and excused for a morning break.  Outside the presence of the prospective jurors, the court and counsel discussed potential challenges for cause.

10:55 a.m.    All parties excused for a morning break.

11:10 a.m.    Court back in session.  All parties present.  Outside the presence of the prospective jurors, the court and counsel discussed housekeeping matters.

| | |
|---|---|
| 11:15 a.m. | Prospective jurors present.  Voir dire continued. |
| 11:50 a.m. | Outside the presence of the jury, the court confirmed there were no challenges for cause and the prospective jurors were passed for cause. |
| 11:55 a.m. | Court in recess to allow parties to exercise peremptory challenges. |
| 12:10 p.m. | Court back in session.  All parties present.  Prospective jurors present.  Prospective jurors thanked and excused in accordance with the strike sheet.  Jury sworn. |
| 12:15 p.m. | Jury admonished and excused for lunch break.  Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 12:20 p.m. | All parties excused for lunch recess. |
| 1:30 p.m. | Court back in session.  All parties present.  Outside the presence of the jury, the court and counsel discussed disputed exhibits. |
| 1:40 p.m. | Jury present.  The court gave preliminary instructions to the jury. |
| 1:55 p.m. | Mr. Casper presented plaintiffs' opening statements. |
| 2:15 p.m. | Ms. Faruqui presented defendants' opening statements. |
| 2:20 p.m. | Plaintiffs' witness, Erika Gregory, sworn and testified on direct. |
| 3:00 p.m. | Jury admonished and excused for afternoon break.  Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 3:05 p.m. | All parties excused for afternoon break. |
| 3:25 p.m. | Court back in session.  All parties present. Jury present.  Direct examination of Erika Gregory continued. |
| 3:45 p.m. | Cross examination began. |
| 4:15 p.m. | Redirect examination began. |
| 4:17 p.m. | Recross examination began. |

| | |
|---|---|
| 4:20 p.m. | Witness excused subject to recall.  Plaintiff's witness, Chase Calhoun, sworn and testified on direct. |
| 4:30 p.m. | The court admonished and excused the jury until 8:30 a.m. on January 27, 2015. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 4:45 p.m. | All parties excused for evening recess. Jury Trial (Day 2) set for January 27, 2015 at 8:30 a.m. |

**ADMITTED EXHIBITS:**

2, 4, 5, 11, 12, 19, 20, 21, 22, 23, 24, 28 and 31

**TIME IN COURT:** 5 Hours, 40 Minutes