Nick Casper (State Bar No. 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs ERIKA GREGORY and
LOREN MOLLNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>Defendants. | CASE NO.: 2:13-CV-00320-KJM-KJN<br><br>**PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM**<br><br><br>JUDGE:   Hon. Kimberly J. Mueller<br>CRTRM:  3, 15th Floor<br>TRIAL DATE: January 26, 2015 |

1.  **Fourth Amendment Violation**

    Have the Plaintiffs proven by a preponderance of the evidence that Chase Calhoun's killing of Belle was an unreasonable seizure in violation of Plaintiffs' rights under the Fourth Amendment of the U.S. Constitution?

    Yes _____  No _____

2.  **Conversion**

    Have the Plaintiffs proven by a preponderance of the evidence that Chase Calhoun committed conversion in killing Belle?

    Yes _____  No _____

3.  **Intentional Infliction of Emotional Distress**

    Have the Plaintiffs proven by a preponderance of evidence that Chase Calhoun intentionally inflicted emotional distress upon Plaintiffs?

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Yes _____   No _____

**4.   Bane Act**

Have the Plaintiffs proven by a preponderance of evidence that Chase Calhoun intentionally interfered with their civil rights by threats, intimidation, or coercion?

Yes _____   No _____

5.   If you have unanimously answered "no" to all of the above questions, please have your foreperson sign and date this form. Then, please contact the Deputy or Marshal to inform him or her that you have completed your deliberations.

If you have unanimously answered "yes" to any of the above questions, please continue your deliberations and answer the remaining questions.

6.   If you answered "yes" to question 1, state the amount of damages, if any, each Plaintiff should recover from Defendant Chase Calhoun and City of Vallejo. If you answered "no" to question 1, continue to question 7.

        Erika Gregory        $ _____

        Loren Mollner       $ _____

7.   If you answered "yes" to question 2, state the amount of damages, if any, each Plaintiff should recover from Defendant Chase Calhoun and City of Vallejo. If you answered "no" to question 2, continue to question 8.

        Erika Gregory        $ _____

        Loren Mollner       $ _____

8.   If you answered "yes" to question 3, state the amount of damages, if any, each Plaintiff should recover from Defendant Chase Calhoun and City of Vallejo. If you answered "no" to question 3, continue to question 9.

        Erika Gregory        $ _____

        Loren Mollner       $ _____

9.   If you answered "yes" to question 4, state the amount of damages, if any, each Plaintiff should recover from Defendant Chase Calhoun and City of Vallejo. If you answered "no" to question 4, continue to question 10.

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN        Page 2
PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM

       Erika Gregory   $ _____

       Loren Mollner   $ _____

10.  Have the Plaintiffs proven that they are entitled to punitive damages?

   Yes _____    No _____

11.  If your answer to question 10 is "yes," please indicate the amount that Chase Calhoun is liable for punitive damages.

                    $ _____

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN   Page 3
PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM

1  ONCE YOU HAVE FINISHED ANSWERING THE NECESSARY QUESTIONS
2  UNANIMOUSLY, PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM.
3  THEN, PLEASE CONTACT THE DEPUTY OR MARSHAL TO INFORM HIM OR HER
4  THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

Dated: _____          _____
                                              FOREPERSON

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Gregory, et al. vs. City of Vallejo, et al.*   Case No. 2:13-CV-00320-KJM-KJN           Page 4
PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM