1  **CLAUDIA M. QUINTANA**
   City Attorney, SBN 178613
2  **BY:  FURAH Z. FARUQUI**
   Deputy City Attorney, SBN 233083
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street, P.O. Box 3068
4  Vallejo, CA  94590
   Tel:    (707) 648-4545
5  Fax:    (707) 648-4687
6
7  Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, CHASE CALHOUN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No.  2:13-CV-00320-KJM-KJN<br><br>**DEFENDANTS' PROPOSED SPECIAL VERDICT** |

---

Case No. 2:13-CV-00320-KJM-KJN                                    DEFENDANTS' PROPOSED
                                                                  SPECIAL VERDICT
-1-

# EXHIBIT A

We, the jury, unanimously find the following special verdict on the questions submitted to us:

## PLAINTIFFS- FOURTH AMENDMENT

<u>Question No. 1</u>:   Did Officer Calhoun reasonably believe that shooting Plaintiffs' dog was necessary to prevent physical harm to himself in light of all the circumstances known to him at that time?

Yes_____          No_____

If you answered "yes" to Question No. 1, please proceed to Question No. 7.  If you answered "no" to Question No. 1, please proceed to Question No. 2.  Please note that if you answered no, you must also answer Question No. 15.

<u>Question No. 2</u>:   Have Plaintiffs proven by clear and convincing evidence that Officer Calhoun's conduct was malicious, oppressive or in reckless disregard for their constitutional rights?

Yes_____          No_____

Please continue to Question No. 3.


## PLAINTIFFS-CONVERSION

<u>Question No. 3</u>:   Did Plaintiffs own Belle?

Yes_____          No_____

If you answered "yes" to Question No. 3, please proceed to Question No. 4.  If you answered "no" to Question No. 3, please proceed to Question No. 7.

<u>Question No. 4</u>:   Did Officer Calhoun reasonably believe that he was in danger of an attack by Belle?

Yes_____          No_____

If you answered "yes" to Question No. 4, please proceed to Question No.7.  If you answered "no" to Question No. 4, please proceed to Question 5.

Question No. 5:    Were Plaintiffs harmed?

Yes_____        No_____

If you answered "yes" to Question No. 5, please proceed to Question No.6.  If you answered "no" to Question No. 5, please proceed to Question No.7.

Question No. 6:    Was Officer Calhoun's conduct a substantial factor in causing Plaintiffs' harm?

Yes_____        No_____

Please continue to Question No. 7.

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – PLAINTIFF ERIKA GREGORY

Question No. 7:    Was Officer Calhoun's conduct outrageous?

Yes_____        No_____

If you answered "yes" to Question No. 7, please proceed to Question No. 8.  If you answered "no" to Question No. 7, please proceed to Question No. 15.

Question No. 8:    Did Officer Calhoun intend to cause Plaintiff Erika Gregory emotional distress?

Yes_____        No_____

If you answered "yes" to Question No. 8, please proceed to Question No.9.  If you answered "no" to Question No. 8, please proceed to Question No. 12.

Question No. 9:  Did Erika Gregory suffer serious emotional distress?

Yes_____        No_____

If you answered "yes" to Question No. 9, please proceed to Question No. 10. If you answered "no" to Question No. 9, please proceed to Question No.11.

//

//

//

Question No. 10:   Was Officer Calhoun's conduct a substantial factor in causing Plaintiff Erika Gregory emotional distress?

Yes_____          No_____

Please continue to Question No. 11.

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – PLAINTIFF LOREN MOLLNER

Question No. 11:   Was Officer Calhoun's conduct outrageous?

Yes_____          No_____

If you answered "yes" to Question No. 11, please proceed to Question No. 12. If you answered "no" to Question No. 11, please proceed to Question No. 15.

Question No. 12:   Did Officer Calhoun intend to cause Plaintiff Loren Mollner emotional distress?

Yes_____          No_____

If you answered "yes" to Question No. 12, please proceed to Question No. 13. If you answered "no" to Question No. 12, please proceed to Question No. 15.

Question No. 13:  Did Loren Mollner suffer serious emotional distress?

Yes_____          No_____

If you answered "yes" to Question No. 13, please proceed to Question No. 14. If you answered "no" to Question No. 13, please proceed to Question No. 15.

Question No. 14:   Was Officer Calhoun's conduct a substantial factor in causing Plaintiff Loren Mollner Gregory emotional distress?

Yes_____          No_____

**NOTE: ONLY COMPLETE QUESTION NO. 15, IF YOU ANSWERED NO TO QUESTION NO. 1.**

/ /

## BANE ACT

<u>Question No. 15</u>:   Did Officer Calhoun act violently against Plaintiffs' property with the intention to prevent them from exercising their constitutional right to be free from unreasonable seizure?

Yes_____          No_____

If you answered "yes" to Question No. 15, please proceed to Question No. 16. If you answered "no" to Question No. 15, please sign the form and return to the bailiff.

<u>Question No. 16</u>:   Were Plaintiffs harmed as a result?

Yes_____          No_____

If you answered "yes" to Question No. 16, please proceed to Question No. 17.

<u>Question No. 17</u>:   Was Officer Calhoun's conduct a substantial factor in causing Plaintiffs harm?

Yes_____          No_____

## DAMAGES

If you answered "yes" to Questions 2, 6, 10, 14, or 17, please answer questions 18 and 19.

<u>Question No. 18</u>:   What, if any, are Plaintiff Erika Gregory's damages?

$_____

<u>Question No. 19</u>:  What, if any, are Plaintiff Loren Mollner's damages?

$_____

If you answered "yes" to Questions, 6, 10, 14, or 17, please answer question 20.

//
//

<u>Question No. 20:</u>    What, if any, are damages against City of Vallejo??

$_____

If you answered "yes" to Question No. 2 regarding malicious and oppressive conduct by Officer Calhoun by clear and convincing evidence, then please answer Question No. 21.

<u>Question No. 21:</u>    What, if any, are punitive damages against Officer Calhoun?

$_____

DATED: _____       _____
                           FOREPERSON