```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
                BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

ERIKA GREGORY and LOREN          No. 2:13-cv-0320-KJM-KJN
MOLLNER,

    Plaintiffs,

  v.                              **MINUTES**

CITY OF VALLEJO, former VPD      Date: January 27, 2015
CHIEF ROBERT NICHELINI, VPD      Deputy Clerk: C. Schultz
OFFICER CHASE CALHOUN, et al.,   Court Reporter: Diane Shepard &
                                                 Kathy Swinhart
    Defendants.
_____/


**Counsel for Plaintiffs**: Nicholas Casper

**Counsel for Defendants**: Furah Faruqui

**JURY TRIAL (Day 2):**

- 8:35 a.m.  Attorneys present as identified above. Plaintiffs, Erika Gregory and Loren Mollner present. Defendant, Chase Calhoun, present. Outside the presence of the jury, the court and counsel discussed housekeeping matters.

- 8:40 a.m.  Jury present. Direct examination of plaintiff's witness, Chase Calhoun, continued.

- 9:20 a.m.  Cross examination/direct examination began.

- 10:00 a.m. Jury admonished and excused for a morning break. Outside the presence of the jury, the court and counsel discussed Mr. Calhoun's testimony.

- 10:05 a.m. All parties excused for a morning break.

- 10:15 a.m. Court back in session. All parties present. Outside the presence of the jury, the court and counsel further discussed Mr. Calhoun's testimony.

- 10:20 a.m. Jury present. Cross examination began.

- 10:25 a.m. Redirect examination began.

| Time | Event |
|---|---|
| 10:28 a.m. | Recross examination began. |
| 10:29 a.m. | Re-redirect examination. |
| 10:30 a.m. | Witness excused subject to recall. Plaintiffs' witness, Jan Gregory, sworn and testified on direct. |
| 10:50 a.m. | Cross examination began. |
| 10:55 a.m. | Witness excused subject to recall. Plaintiffs' witness, Sarah Elmossalamy, sworn and testified on direct. |
| 11:00 a.m. | Cross examination began. |
| 11:05 a.m. | Redirect examination began. |
| 11:08 a.m. | Witness excused. Plaintiffs' witness, Loren Mollner, sworn and testified on direct. |
| 11:40 a.m. | Cross examination began. |
| 11:44 a.m. | Jury admonished and excused for afternoon break. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 11:45 a.m. | All parties excused for afternoon break. |
| 12:00 p.m. | Court back in session. All parties present. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 12:05 p.m. | Jury present. Cross examination of Mr. Mollner continued. |
| 12:07 p.m. | Redirect examination began. |
| 12:08 p.m. | Recross examination began. Witness excused. |
| 12:10 p.m. | The court admonished and excused the jury until 1:30 p.m. on January 28, 2015. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 12:15 p.m. | All parties excused for evening recess. Jury Trial (Day 3) set for January 28, 2015 at 1:30 p.m. |

**ADMITTED EXHIBITS:** 7, 26, 29, 32 and 35

**TIME IN COURT:** 3 Hours, 10 Minutes