UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE KIMBERLY J. MUELLER

ERIKA GREGORY and LOREN MOLLNER,

    Plaintiffs,

  v.

CITY OF VALLEJO, former VPD CHIEF ROBERT NICHELINI, VPD OFFICER CHASE CALHOUN, et al.,

    Defendants.
_____/

No. 2:13-cv-0320-KJM-KJN

**MINUTES**

Date: January 28, 2015
Deputy Clerk: C. Schultz
Court Reporter: Kathy Swinhart

**Counsel for Plaintiffs:** Nicholas Casper

**Counsel for Defendants:** Furah Faruqui

**JURY TRIAL (Day 3):**

1:25 p.m.   Attorneys present as identified above. Plaintiffs, Erika Gregory and Loren Mollner present. Defendant, Chase Calhoun, present. Outside the presence of the jury, the court and counsel discussed objections to defendant's exhibit C and the court ruled from the bench.

1:35 p.m.   Jury present. Plaintiffs' witness, Elizabeth Coudright, sworn and testified on direct.

1:50 p.m.   Cross examination began.

1:51 p.m.   Redirect examination began.

1:53 p.m.   Recross examination began.

1:55 p.m.   Witness excused. Plaintiffs' witness, Alexa Gregory, sworn and testified on direct.

2:05 p.m.   Cross examination began.

2:10 p.m.   Redirect examination began.

| | |
|---|---|
| 2:15 p.m. | Witness excused.  Plaintiff, Erika Gregory, recalled for defendant's continued cross examination. |
| 2:20 p.m. | Redirect examination began. |
| 2:25 p.m. | Recross examination began. |
| 2:30 p.m. | Witness excused subject to recall.  Defendant's witness, Captain James O'Connell, sworn and testified on direct. |
| 2:45 p.m. | Cross examination began. |
| 3:00 p.m. | Jury admonished and excused for afternoon break.  Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 3:05 p.m. | All parties excused for afternoon break. |
| 3:20 p.m. | Court back in session.  All parties present.  Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 3:25 p.m. | Jury present.  Witness excused.  Plaintiffs' witness, Fiona Hovenden, sworn and testified on direct. |
| 3:35 p.m. | Cross examination began. |
| 3:45 p.m. | Witness excused.  The court admonished and excused the jury until 9:30 a.m. on January 29, 2015.  Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 3:45 p.m. | All parties excused for evening recess. Jury Trial (Day 4) set for January 29, 2015 at 8:30 a.m. |

**ADMITTED EXHIBITS:**

27

**TIME IN COURT:** 2 Hours, 5 Minutes