```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
                  BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

ERIKA GREGORY and LOREN            No. 2:13-cv-0320-KJM-KJN
MOLLNER,

      Plaintiffs,

  v.                                **MINUTES**

CITY OF VALLEJO, former VPD        Date: January 29, 2015
CHIEF ROBERT NICHELINI, VPD        Deputy Clerk: C. Schultz
OFFICER CHASE CALHOUN, et al.,     Court Reporter: Kathy Swinhart

      Defendants.
_____/

**Counsel for Plaintiffs**: Nicholas Casper

**Counsel for Defendants**: Furah Faruqui

**JURY TRIAL (Day 4):**

| Time | Event |
|---|---|
| 8:30 a.m. | Attorneys present as identified above. Defendant, Chase Calhoun, present. Outside the presence of the jury, the court and counsel discussed final jury instructions. |
| 8:50 a.m. | All parties excused until 9:30 a.m. |
| 9:35 a.m. | Court back in session. All parties present including Plaintiffs, Erika Gregory and Loren Mollner. Jury present. Plaintiffs' witness, Valerie Christiansen Eberling, DVM, sworn and testified on direct. |
| 9:40 a.m. | Ms. Faruqui examined the witnesses as to the witnesses' qualifications to testify as an expert. |
| 9:42 a.m. | Direct examination continued. |
| 9:50 a.m. | Cross examination began. |
| 9:55 a.m. | Redirect examination began. |

10:00 a.m.   Witness excused. Plaintiff rested. Defendants' witness, Chief Jared Zwickey, sworn and testified on direct.

10:25 a.m.   Cross examination began.

10:30 a.m.   Redirect examination began.

10:35 a.m.   Witness excused. Subject to motions, defense rested. Jury admonished and excused for a morning break. Outside the presence of the jury, the court heard argument as to defense motions. The court denied defendants' motions without prejudice.

10:40 a.m.   All parties excused for a morning break.

11:10 a.m.   Court back in session. All parties present. Jury present. Mr. Casper presented plaintiffs' closing arguments.

11:50 a.m.   Ms. Faruqui presented defendants' closing arguments.

12:00 p.m.   Mr. Casper presented plaintiffs' rebuttal closing arguments.

12:10 p.m.   Jury admonished and excused for an afternoon break. All parties excused for an afternoon break.

12:20 p.m.   Court back in session. All parties present. Jury present. The court instructed the jury.

12:50 p.m.   The court security officer was sworn and jury deliberations began. Outside the presence of the jury, the court and counsel discussed a final edit to the verdict form. The court confirmed the modification would be made as proposed by counsel and the form would be immediately provided to the jury.

12:55 p.m.   All parties excused pending deliberations.

2:23 p.m.    Jury note received.

2:40 p.m.    Court back in session. Attorneys present as identified above. Defendant, Chase Calhoun, present. Outside the presence of the jury, the court and counsel discussed the jury note received at 2:23 p.m.

| | |
|---|---|
| 2:45 p.m. | The court took a short recess to draft a proposed response to the jury note received at 2:30 p.m. |
| 2:50 p.m. | Court back in session. Attorneys present as identified above. Defendant, Chase Calhoun, present. Outside the presence of the jury, the court and counsel further discussed the jury note received at 2:23 p.m. and the court's proposed response. |
| 2:55 p.m. | All parties excused pending deliberations. |
| 3:00 p.m. | After review by counsel, the court delivered a written response to the jury note received at 2:30 p.m. |
| 3:45 p.m. | Jury note received. |
| 4:03 p.m. | Jury note received. |
| 4:05 p.m. | Court back in session. Attorneys present as identified above. Defendant, Chase Calhoun, present. Outside the presence of the jury, the court and counsel discussed the jury notes received at 3:45 p.m. and 4:03 p.m. |
| 4:07 p.m. | Jury present. The court admonished and excused the jury until 9:00 a.m. on February 3, 2015. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 4:10 p.m. | All parties excused for evening recess. Jury Trial (Day 5) set for February 3, 2015 at 9:00 a.m. |

**ADMITTED EXHIBITS:**

36, B (Demonstrative)

**TIME IN COURT:** 3 Hours, 15 Minutes