| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 2 | Photograph of Belle and Flicka with family | 1/26/2015 | 1/26/2015 |
| 4 | Photograph of Belle with Plaintiffs' children | 1/26/2015 | 1/26/2015 |
| 5 | Photograph of Erika Gregory with Belle | 1/26/2015 | 1/26/2015 |
| 7 | Photograph of a portion of Plaintiffs' fence surrounding their property at 47 Kentucky Street | 1/27/2015 | 1/27/2015 |
| 11 | Photograph of Plaintiffs' gate from Kentucky Street looking into their property (date of incident) | 1/26/2015 | 1/26/2015 |
| 12 | Photograph of Plaintiffs' gate from inside their property looking out toward Kentucky Street | 1/26/2015 | 1/26/2015 |
| 19 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house | 1/26/2015 | 1/26/2015 |
| 20 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | 1/26/2015 | 1/26/2015 |
| 21 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | 1/26/2015 | 1/26/2015 |
| 22 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | 1/26/2015 | 1/26/2015 |
| 23 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | 1/26/2015 | 1/26/2015 |
| 24 | Photograph of Plaintiffs' house and front porch | 1/26/2015 | 1/26/2015 |
| 26 | Photograph of wire fencing attached to picket fence on Kentucky Street (different angle) | 1/27/2015 | 1/27/2015 |
| 27 | Photograph of Belle's body on patio | 1/28/2015 | 1/28/2015 |
| 28 | Photograph of Belle's body on patio (different angle) | 1/26/2015 | 1/26/2015 |
| 29 | Photograph of Belle's body on patio (different angle) | 1/27/2015 | 1/27/2015 |
| 31 | Photograph of Belle's body at veterinarian's office | 1/26/2015 | 1/26/2015 |
| 32 | Photograph of Belle's head showing entry wounds | 1/27/2015 | 1/27/2015 |
| 35 | CAD Log related to subject incident | 1/27/2015 | 1/27/2015 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 36 | Dr. Valerie Christiansen's notes re: examination of Belle's body | 1/29/2015 | 1/29/2015 |
| B | Demonstrative of Location of Incident | 1/29/2015 | 1/29/2015 |