FILED
JAN 29 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY, et al., | No. 2:13-cv-0320 KJM KJN |
| Plaintiffs, | |
| v. | JURY COMMUNICATION |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

**REPLY FROM COURT TO NOTE RECEIVED ON JANUARY 29, 2015 at 2:23 P.M.**

Date sent to jury: January 29, 2015

Time sent to jury: 3:00 p.m.

Ladies and Gentlemen of the Jury:

The second element of conversion, as set forth in Final Instruction No. 20 on page 21, can also be defined as follows:

    2. Defendant actually and intentionally interfered with plaintiff's ownership of Belle. The word "intentionally," when applied to the intent with which an act is done or omitted, means with a purpose or willingness to commit the act or to make the omission in question. The word does not require any intent to violate the law, or to injure another, or to acquire any advantage.

DATED: January 29, 2015.

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE

1