UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER

FILED
JAN 29 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____ CS
    DEPUTY CLERK

ERIKA GREGORY and LOREN MOLLNER,

    Plaintiffs,

v.

CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,

    Defendants.

No. 2:13-cv-00320-KJM-KJN

**JURY NOTE**

| FOR COURT USE ONLY |
|---|
| DATE: 1-29-15 |
| TIME: 2:23 p.m. |

DATE: January 29, 2015
TIME: 2:12

The jury has reached a unanimous verdict:   YES ____   NO ____

The jury has the following question(s) and/or following request(s):

Can we get a better definition of conversion #2 on page 21. Which states: That defendant C. Calhoun intentionally and substantially interfered with Plaintiff's property by killing Belle's.

Juror/Foreperson Name Brett Coder