**FILED**

**JAN 29 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>    Defendants.<br><br>_____/<br>DATE: January 29, 2015<br>TIME: 3:35 | No. 2:13-cv-00320-KJM-KJN<br><br>JURY NOTE<br><br><br>FOR COURT USE ONLY<br>DATE: 1-29-15<br>TIME: 3:45 p.m. |

The jury has reached a unanimous verdict:   YES ____   NO ____

The jury has the following question(s) and/or following request(s):

> We will come in on Tuesday @ 9:00 am to 4:00 p.m. We will go with this time if we have to go longer.

Juror/Foreperson Name: Brett Coeler