

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER

ERIKA GREGORY and LOREN MOLLNER,

    Plaintiffs,

v.

CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,

    Defendants.

_____/

DATE: January 29, 2015
TIME: 3:55

No. 2:13-cv-00320-KJM-KJN

JURY NOTE

FOR COURT USE ONLY
DATE: 1-29-15
TIME: 4:03 p.m.

The jury has reached a unanimous verdict:    YES ____    NO ____

The jury has the following question(s) and/or following request(s):

Can we take the Pictures out of the evidence book and put them on the wall or the white board. If so can we get some tape.

_____
Juror/Foreperson Name