**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**


ERIKA GREGORY and LOREN             No. 2:13-cv-0320-KJM-KJN
MOLLNER,

      Plaintiffs,

    v.                              **MINUTES**

CITY OF VALLEJO, former VPD    Date: February 3, 2015
CHIEF ROBERT NICHELINI, VPD    Deputy Clerk: C. Schultz
OFFICER CHASE CALHOUN, et al., Court Reporter: Kathy Swinhart

      Defendants.
_____/


**Counsel for Plaintiffs:** Nicholas Casper

**Counsel for Defendants:** Furah Faruqui

**JURY TRIAL (Day 5):**

9:00 a.m.    Deliberations continued.  All parties excused
             pending deliberations.

3:55 p.m.    Jury note received.

4:00 p.m.    Court back in session.  Attorneys present as
             identified above.  Plaintiff, Erika Gregory,
             present.  Outside the presence of the jury, the
             court and counsel discussed the jury note received
             at 3:55 p.m.

4:05 p.m.    Jury present.  The court admonished and excused the
             jury until 9:00 a.m. on February 4, 2015.

4:10 p.m.    All parties excused for evening recess. Jury Trial
             (Day 6) set for February 4, 2015 at 9:00 a.m.


**TIME IN COURT:** 10 Minutes