```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
                  BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER, | No. 2:13-cv-0320-KJM-KJN |
| Plaintiffs, | |
| v. | **MINUTES** |
| CITY OF VALLEJO, former VPD CHIEF ROBERT NICHELINI, VPD OFFICER CHASE CALHOUN, et al., | Date: February 4, 2015 Deputy Clerk: C. Schultz Court Reporter: Kathy Swinhart |
| Defendants. | |

**Counsel for Plaintiffs**: Nicholas Casper

**Counsel for Defendants**: Furah Faruqui

**JURY TRIAL (Day 6):**

 9:00 a.m.   Deliberations continued.  All parties excused pending deliberations.

11:00 a.m.   Jury note received.

11:05 a.m.   Court back in session.  Attorneys present as identified above.  Outside the presence of the jury, the court and counsel discussed the jury note received at 11:00 a.m.

11:10 a.m.   The court took a short recess.

11:20 a.m.   Court back in session.  Attorneys present as identified above.  Plaintiffs, Erika Gregory and Loren Mollner, present.  Outside the presence of the jury, the court and counsel further discussed the jury note received at 11:00 a.m.

11:25 a.m.   Jury present.  The court gave the jury an additional instruction.

| | |
|---|---|
| 11:30 a.m. | Jury excused from the courtroom to continue deliberations. All parties excused pending deliberations. |
| 1:50 p.m. | Jury note received. |
| 2:00 p.m. | Court back in session.  Attorneys present as identified above.  Plaintiff, Erika Gregory, present.  Outside the presence of the jury, the court and counsel discussed the jury note received at 1:50 p.m. |
| 2:05 p.m. | Jury present.  The jury confirmed they had reached a unanimous verdict.  Verdict published.  The parties declined to have the jury polled.  The court determined that an unanimous verdict in favor of defendants had been reached. |
| 2:10 p.m. | Jury thanked and excused. The court took a short recess. |
| 2:25 p.m. | Court back in session.  Attorneys present as identified above.  Plaintiff, Erika Gregory, present.  The court confirmed the parties had no immediate pretrial motions. |
| 2:30 p.m. | Court adjourned. |

**TIME IN COURT:** 30 Minutes