

**FILED**

FEB - 3 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER

ERIKA GREGORY and LOREN MOLLNER,

    Plaintiffs,

v.

CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,

    Defendants.
_____/

DATE: 2/3/15
TIME: 4:50pm

No. 2:13-cv-00320-KJM-KJN

JURY NOTE

FOR COURT USE ONLY
DATE: 2-3-15
TIME: 3:55 p.m.

The jury has reached a unanimous verdict:    YES ____    NO ☒

The jury has the following question(s) and/or following request(s):

> The jury is near a verdict but would like to reconvene tomorrow (Wed) morning and come to a final decision. Starting at 9:00am on 2/4/15

_____
Juror/Foreperson Name