UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER

**FILED**

FEB - 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

ERIKA GREGORY and LOREN MOLLNER,

    Plaintiffs,

v.

CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,

    Defendants.

No. 2:13-cv-00320-KJM-KJN

JURY NOTE

FOR COURT USE ONLY
DATE: 2-4-15
TIME: 11:00 a.m

DATE: 2/4/15
TIME: 10:50am

The jury has reached a unanimous verdict:  YES ___  NO ___

The jury has the following question(s) and/or following request(s):

> The jury has reached a unanimous verdict on claim 3 of emotional distress for the defendant. We are deadlocked on the other claims/counts having deliberated thoroughly on all possible points of discussion.

Juror/Foreperson Name  Brett Coder