**FILED**

FEB - 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER

ERIKA GREGORY and LOREN MOLLNER,

    Plaintiffs,

v.

CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,

    Defendants.

No. 2:13-cv-00320-KJM-KJN

**JURY NOTE**

DATE: 2/4/15
TIME: 1:45 pm

| FOR COURT USE ONLY |
| --- |
| DATE: 2-4-15 |
| TIME: 1:50 pm |

The jury has reached a unanimous verdict:     YES ✓     NO ___

The jury has the following question(s) and/or following request(s):

> We have reached a verdict on all claims.

Juror/Foreperson Name: Brett Coder