FILED

FEB - 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIKA GREGORY, et al.,

    Plaintiffs,

v.

CITY OF VALLEJO, et al.,

    Defendants.

No. 2:13-cv-0320-KJM-KJN

VERDICT

1. Fourth Amendment Violation

Have the plaintiffs proven by a preponderance of the evidence that Chase Calhoun's killing of Belle was an unreasonable seizure in violation of plaintiffs' rights under the Fourth Amendment of the U.S. Constitution?

Yes _____    No __✓__

2. Conversion

Have the plaintiffs proven by a preponderance of the evidence that Chase Calhoun committed conversion in killing Belle?

Yes _____    No __✓__

/////

/////

/////

1

3.     Intentional Infliction of Emotional Distress

Have the plaintiffs proven by a preponderance of evidence that Chase Calhoun intentionally inflicted emotional distress upon plaintiffs?

Yes _____      No ✓ *MC*

4.     Bane Act

Have the plaintiffs proven by a preponderance of evidence that Chase Calhoun intentionally interfered with their civil rights by threats, intimidation, or coercion?

Yes _____      No ✓ *MC*

5.     If you have unanimously answered "no" to all of the above questions, please have your foreperson sign and date this form. Then, please contact the Deputy or Marshal to inform him or her that you have completed your deliberations.

If you have unanimously answered "yes" to any of the above questions, please continue your deliberations and answer the remaining questions.

6.     If you answered "yes" to question 1, state the amount of damages, if any, each plaintiff should recover from defendant Chase Calhoun. If you answered "no" to question 1, continue to question 7.

           Erika Gregory      $ _____

           Loren Mollner      $ _____

7.     If you answered "yes" to question 2, state the amount of damages, if any, each plaintiff should recover from defendant Chase Calhoun and City of Vallejo. If you answered "no" to question 2, continue to question 8.

           Erika Gregory      $ _____

           Loren Mollner      $ _____

8.     If you answered "yes" to question 3, state the amount of damages, if any, each plaintiff should recover from defendant Chase Calhoun and City of Vallejo. If you answered "no" to question 3, continue to question 9.

           Erika Gregory      $ _____

           Loren Mollner      $ _____

1  9.   If you answered "yes" to question 4, state the amount of damages, if any, each plaintiff should recover from defendant Chase Calhoun and City of Vallejo. If you answered "no" to question 4, continue to question 10.

         Erika Gregory  $ _____

         Loren Mollner  $ _____

10.  Have the plaintiffs proven that they are entitled to punitive damages?

  Yes _____     No _____

11.  If your answer to question 10 is "yes," please indicate the amount that Chase Calhoun is liable for punitive damages.

             $ _____

DATED:         _[signature]_
           FOREPERSON Brett Coder

3