UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA GREGORY and LOREN MOLLNER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO; former VPD CHIEF ROBERT NICHELINI, individually and in his official capacity; VPD OFFICER CHASE CALHOUN, individually; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:13-cv-00320-KJM-KJN<br><br>**PLAINTIFFS' EXHIBIT RECEIPT** |

At the conclusion of the trial, the original deposition transcripts of Chase Calhoun and Jared Zwickey as well as the trial exhibits on the attached list were returned to the undersigned party.

Dated: 2/4/15

Nicholas Casper,
Counsel for Plaintiffs

Dated: 2-4-15

Casey Schultz,
Courtroom Deputy

**NOTE:** If depositions/exhibits are subsequently required for an appeal, review, or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| 2 | Photograph of Belle and Flicka with family | 1/26/2015 | 1/26/2015 |
| 4 | Photograph of Belle with Plaintiffs' children | 1/26/2015 | 1/26/2015 |
| 5 | Photograph of Erika Gregory with Belle | 1/26/2015 | 1/26/2015 |
| 7 | Photograph of a portion of Plaintiffs' fence surrounding their property at 47 Kentucky Street | 1/27/2015 | 1/27/2015 |
| 11 | Photograph of Plaintiffs' gate from Kentucky Street looking into their property (date of incident) | 1/26/2015 | 1/26/2015 |
| 12 | Photograph of Plaintiffs' gate from inside their property looking out toward Kentucky Street | 1/26/2015 | 1/26/2015 |
| 19 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house | 1/26/2015 | 1/26/2015 |
| 20 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | 1/26/2015 | 1/26/2015 |
| 21 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | 1/26/2015 | 1/26/2015 |
| 22 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | 1/26/2015 | 1/26/2015 |
| 23 | Photograph of cobbled path from Plaintiff's gate leading into their property looking toward Plaintiffs' house (different angle) | 1/26/2015 | 1/26/2015 |
| 24 | Photograph of Plaintiffs' house and front porch | 1/26/2015 | 1/26/2015 |
| 26 | Photograph of wire fencing attached to picket fence on Kentucky Street (different angle) | 1/27/2015 | 1/27/2015 |
| 27 | Photograph of Belle's body on patio | 1/28/2015 | 1/28/2015 |
| 28 | Photograph of Belle's body on patio (different angle) | 1/26/2015 | 1/26/2015 |
| 29 | Photograph of Belle's body on patio (different angle) | 1/27/2015 | 1/27/2015 |
| 31 | Photograph of Belle's body at veterinarian's office | 1/26/2015 | 1/26/2015 |
| 32 | Photograph of Belle's head showing entry wounds | 1/27/2015 | 1/27/2015 |
| 35 | CAD Log related to subject incident | 1/27/2015 | 1/27/2015 |
| 36 | Dr. Valerie Christiansen's notes re: examination of Belle's body | 1/29/2015 | 1/29/2015 |