# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ERIKA GREGORY, ET AL.,**

        v.

CASE NO: **2:13–CV–00320–KJM–KJN**

**CITY OF VALLEJO, ET AL.,**

---

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 2/4/15**

 

**Marianne Matherly**
Clerk of Court

ENTERED:  **February 6, 2015**

by: /s/  H. Kaminski
Deputy Clerk