

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAR 18 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ERIKA GREGORY and LOREN
MOLLNER,

Plaintiffs,

v.

CITY OF VALLEJO; former VPD CHIEF
ROBERT NICHELINI, individually and in
his official capacity; VPD OFFICER
CHASE CALHOUN, individually; and
DOES 1 through 50,

Defendants.

Case No. 2:13-cv-00320-KJM-KJN

**DEFENDANT'S EXHIBIT RECEIPT**

At the conclusion of the trial, the original deposition transcripts of Valerie Christiansen, DVM,
Erika Gregory, and Loren Mollner, as well as the following trial exhibit were returned to the
undersigned party.

B – Demonstrative of Location of Incident

Dated: _____

Furah Faruqui,
Counsel for Plaintiffs

Dated: _3.18 15_

Casey Schultz,
Courtroom Deputy

**NOTE:** If depositions/exhibits are subsequently required for an appeal, review, or new trial, it shall be the
specific responsibility of the recipient to maintain the exhibits for that purpose.